JOSEPH M. AMIOTO (CA Bar #42680)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
Email: jmalioto@alioto.law.com

One of the Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKE M. MADANI, et al.,

        Plaintiff(s),

    v.

SHELL OIL COMPANY, et al.,

        Defendant(s).

No. C 07-04296 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 18, 2007

Signature _____
        Joseph M. Alioto
Counsel for    Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")