1  Robert A. Mittelstaedt (SBN 060359)
2  Craig E. Stewart (SBN 129530)
   Peter E. Davids (SBN 229339)
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   ramittelstaedt@jonesday.com
5  cestewart@jonesday.com
   pdavids@jonesday.com
6  Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8  Attorneys for Defendant
   CHEVRON CORPORATION
9
10 [Additional counsel listed on signature page]

11
12                     **UNITED STATES DISTRICT COURT**
13                     **NORTHERN DISTRICT OF CALIFORNIA**
14                          **SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| 16  MIKE M. MADANI, et al., | **Case No. C 07-4296 MJJ** |
| 17          Plaintiffs, on behalf of themselves and those | **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |
| 18          similarly situated, | |
| 19      v. | |
| 20  SHELL OIL COMPANY; CHEVRON CORPORATION; and SAUDI REFINING, INC., | |
| 21 | |
| 22          Defendants. | |
| 23 | |

24      WHEREAS Defendants Shell Oil Company and Chevron Corporation ("Defendants")
25 must answer or otherwise respond to the complaint in this action within 20 days of being served
26 with the summons and complaint;
27      WHEREAS Defendants need additional time to answer or otherwise respond to the
28 complaint; and

1  WHEREAS the parties have agreed to extend the deadline for Defendants to respond to
2  the complaint;
3  THE PARTIES HEREBY STIPULATE through their respective attorneys of record that
4  Defendants have until November 1, 2007 to answer or otherwise respond to the complaint.

Respectfully submitted,

Dated: September 28, 2007                JONES DAY


By:    /S/ Craig E. Stewart
          Craig E. Stewart

Attorneys for Defendant CHEVRON
CORPORATION


Dated: September 28, 2007                Bradley S. Phillips (SBN 85263)
                                         Stuart N. Senator (SBN 148009)
                                         MUNGER, TOLLES & OLSON LLP
                                         355 South Grand Avenue
                                         Los Angeles, CA  90071
                                         Brad.Phillips@mto.com
                                         Stuart.Senator@mto.com
                                         Telephone:    (213) 683-9100
                                         Facsimile:    (213) 687-3702


By:    /S/ Stuart N. Senator
          Stuart N. Senator

Attorneys for Defendant SHELL OIL
COMPANY

1 | Dated: September 28, 2007

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By:   /S/ Daniel R. Shulman
Daniel R. Shulman

Attorneys for Plaintiffs

**Filer's Attestation:** Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: September 28, 2007

/S/ Craig E. Stewart
Craig E. Stewart

SFI-570330v1

- 3 -

Stip. Extending Time to Respond to Compl.
No. C 07-4296 MJJ