Robert A. Mittelstaedt (SBN 060359)
Craig E. Stewart (SBN 129530)
Peter E. Davids (SBN 229339)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
ramittelstaedt@jonesday.com
cestewart@jonesday.com
pdavids@jonesday.com
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
CHEVRON CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MIKE M. MADANI et al., | **Case No. C 07-4296 MJJ** |
| Plaintiffs, on behalf of themselves and those similarly situated, | **DEFENDANT CHEVRON CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| SHELL OIL COMPANY; CHEVRON CORPORATION; and SAUDI REFINING, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: September 28, 2007           JONES DAY

By:    /S/ Craig E. Stewart
       Craig E. Stewart

Attorneys for Defendant
CHEVRON CORPORATION

SFI-570438v1

- 1 -

Certificate of Interested Entities or Persons
No. C 07-4296 MJJ