1    Robert A. Mittelstaedt #060359
     Craig E. Stewart #129530
2    Caroline N. Mitchell #143124
     Peter E. Davids #229339
3    JONES DAY
     555 California Street, 26th Floor
4    San Francisco, CA  94104
     ramittelstaedt@jonesday.com
5    cestewart@jonesday.com
     cnmitchell@jonesday.com
6    pdavids@jonesday.com
     Telephone:     (415) 626-3939
7    Facsimile:     (415) 875-5700

8

     Attorneys for Defendant
9    CHEVRON CORPORATION

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12

13    MIKE M. MADANI, et al.,                **Case No. C-07-4296 MJJ**

14             Plaintiffs, on behalf of      **PROOF OF SERVICE**
            themselves and those
15             similarly situated,

16       v.

17    SHELL OIL COMPANY; CHEVRON
     CORPORATION; and SAUDI
18    REFINING, INC.

19             Defendants.

20

21

22

23

24

25

26

27

28

1   I, Margaret Landsborough, declare:

2   I am a citizen of the United States and employed in San Francisco County,

3   California.  I am over the age of eighteen years and not a party to the within-entitled

4   action.  My business address is 555 California Street, 26th Floor, San Francisco,

5   California  94104.  On September 28, 2007, I served a copy of the within

6   document(s) on the non-efilers in this case:

7

8   STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE
    COMPLAINT

9

10   CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

11
      ☐      by transmitting via facsimile the document(s) listed above to the fax
12            number(s) set forth below on this date before 5:00 p.m.

13
      ☒      by placing the document(s) listed above in a sealed envelope with
14            postage thereon fully prepaid, in the United States mail at San
              Francisco, California addressed as set forth below.
15
      ☐      by placing the document(s) listed above in a sealed Federal Express
16            envelope and affixing a pre-paid air bill, and causing the envelope to
17            be delivered to a Federal Express agent for delivery.

18
      ☐      by electronically delivering the document(s) listed above to the
19            person(s) at the e-mail address(es) set forth below.

20   Stuart N. Senator                    Attorneys for Defendant Shell Oil
     Munger, Tolles & Olson LLP           Company
21   355 South Grand Avenue
     Los Angeles, CA  90071-1560
22

23
     David G. Hille                       Attorneys for Defendant Saudi
24   White & Case LLP                     Refining, Inc.
     1155 Avenue of the Americas
25   New York, NY  10036

26

27

28

SFI-508838v1                                             Proof of Service
SFI-570729v1                                             No. C-07-4296 MJJ

1

2

3

4

5

6

7

8

9

10

Bradley K. Beasley                          Attorneys for Plaintiffs
Boesche McDermott LLP
610 S. Main Street
Suite 300
Tulsa, OK  74119-1258


Thomas P. Bleau                             Attorneys for Plaintiffs
Bleau Fox & Associates
3575 Cahuenga Boulevard West
Los Angeles, CA  90068


Jeremy L. Johnson                           Attorneys for Plaintiffs
Gray Plant Mooty Mooty & Bennett, P.A.
500 IDS Center
80 South 8th Street
Minneapolis, MN  55402

11

12

13

14

15

16

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17

18

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

19

Executed on September 28, 2007, at San Francisco, California.

20

21

_____
Margaret Landsborough

22

23

24

25

26

27

28