1 BRADLEY S. PHILLIPS (State Bar No. 085263)
2 STUART N. SENATOR (State Bar No. 148009)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
3 Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax (213) 687-3702
4 Email: brad.phillips@mto.com; stuart.senator@mto.com

5 Attorneys for Defendant Shell Oil Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MIKE M. MADANI, *et al.*, | CASE NO. CV-07 04296 MJJ |
|---|---|
| Plaintiffs, | DEFENDANT SHELL OIL COMPANY'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS |
| vs. | |
| SHELL OIL COMPANY, *et al.*, | |
| Defendants. | |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the
2  following listed persons, associations of persons, firms, partnerships, corporations
3  (including parent corporations) or other entities (i) have a financial interest in the
4  subject matter in controversy or in a party to the proceedings, or (ii) have a non-
5  financial interest in that subject matter or in a part that could be substantially
6  affected by the outcome of this proceedings:

7  1. Shell Petroleum, Inc., a Delaware corporation, because Shell Oil Company is a wholly-owned subsidiary of Shell Petroleum, Inc.

9  2. Royal Dutch Shell plc, as the ultimate corporate parent of Shell Petroleum, Inc.

DATED: September 28, 2007

MUNGER, TOLLES & OLSON LLP

By: /s/ Stuart N. Senator
STUART N. SENATOR

Attorneys for Defendant
SHELL OIL COMPANY