WHITE & CASE LLP
BRYAN A. MERRYMAN (SBN 134357)
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Tel: (213) 620-7700
Fax: (213) 687-0758
bmerryman@whitecase.com

Attorneys for Defendant Saudi Refining, Inc.

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Tel: (612) 632-3335
Fax: (612) 632-4335
daniel.shulman@gpmlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE M. MADANI, RICK-MIK, INC., OYSTER PETROLEUM, INC., M.R. OYSTER, INC., HABIB ENTERPRISES, INC., HABIB PETROLEUM, INC., CALLAWAY OIL, INC., STEVEN GROSSI, STEPHEN SCHLABS, ANNIE SCHLABS, SOOY, INC., GREGOIRE DUKMAJIAN, WILLIAM REED, SAMIR BAHOUTH, ARTHUR SALDANA, AMRITA DHILLON, AMOUNA, INC., KEITH FULLINGTON, ASHKAN CORPORATION, GEORGE RABADI, PAUL ENSTAD,<br><br>            Plaintiffs,<br>    v.<br><br>SHELL OIL COMPANY, CHEVRON CORPORATION, AND SAUDI REFINING, INC.,<br><br>            Defendants. | Case No. C 07-4296 MJJ<br><br>**STIPULATION EXTENDING DEFENDANT SAUDI REFINING, INC.'S TIME TO RESPOND TO THE COMPLAINT** |

1  WHEREAS Defendant Saudi Refining, Inc. ("Defendant") must answer or otherwise respond
2  to the Complaint in this action within 20 days of being served with the Summons and Complaint;
3  WHEREAS Defendant needs additional time to answer or otherwise respond to the
4  Complaint; and
5  WHEREAS the Plaintiffs have agreed to extend the deadline for Defendant to respond to the
6  Complaint;
7  THE PARTIES HEREBY STIPULATE through their respective attorneys of record that
8  Defendant has until November 1, 2007 to Answer or otherwise respond to the Complaint.

Dated: October 8, 2007

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN

By: /s/ Thomas P. Bleau for
    Daniel R. Shulman
Attorneys for Plaintiffs

Dated: October 10, 2007

WHITE & CASE LLP
BRYAN A. MERRYMAN

By: /s/ Bryan A. Merryman
    Bryan A. Merryman
Attorneys for Defendant Saudi Refining, Inc.