1     WHEREAS Defendant Saudi Refining, Inc. ("Defendant") must answer or otherwise respond to the Complaint in this action within 20 days of being served with the Summons and Complaint;

    WHEREAS Defendant needs additional time to answer or otherwise respond to the Complaint; and

    WHEREAS the Plaintiffs have agreed to extend the deadline for Defendant to respond to the Complaint;

    THE PARTIES HEREBY STIPULATE through their respective attorneys of record that Defendant has until November 1, 2007 to Answer or otherwise respond to the Complaint.

Dated: October 8, 2007

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN
Thomas P. Blew, ESQ.

By: _____
    Daniel R. Shulman
    Attorneys for Plaintiffs

Dated: October 10, 2007

WHITE & CASE LLP
BRYAN A. MERRYMAN

By: _____
    Bryan A. Merryman
    Attorneys for Defendant Saudi Refining, Inc.