1  WHITE & CASE LLP
   BRYAN A. MERRYMAN (SBN 134357)
2  633 West Fifth Street, Suite 1900
   Los Angeles, CA 90071-2007
3  Tel: (213) 620-7700
   Fax: (213) 687-0758
4  bmerryman@whitecase.com

5  Attorneys for Defendant
   Saudi Refining, Inc.
6

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11 | MIKE M. MADANI, et al.,                    | Case No. C 07-4296 MJJ
12 |                         Plaintiffs,        |
13 |                   v.                       |
14 | SHELL OIL COMPANY, CHEVRON                 | **DEFENDANT SAUDI REFINING, INC.'S**
   | CORPORATION, and SAUDI REFINING,           | **CERTIFICATE OF INTERESTED**
15 | INC.,                                      | **ENTITIES OR PERSONS**
16 |                         Defendants.        |

17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, defendant Saudi Refining, Inc. has no publicly held parents or affiliates and no publicly held corporation holds any stock in SRI.

Dated:  October 11, 2007                    WHITE & CASE LLP


By:  /s/ Bryan A. Merryman
         Bryan A. Merryman
Attorneys for Defendant Saudi Refining, Inc.

-1-                CERTIFICATE OF INTERESTED
                   ENTITIES OR PERSONS
                   No. C 07-4296 MJJ

NEWYORK 6301039 (2K)