| | |
|---|---|
| 1 | WHITE & CASE LLP |
| | BRYAN A. MERRYMAN (SBN 134357) |
| 2 | 633 West Fifth Street, Suite 1900 |
| | Los Angeles, CA 90071-2007 |
| 3 | Tel: (213) 620-7700 |
| | Fax: (213) 687-0758 |
| 4 | bmerryman@whitecase.com |
| 5 | Attorneys for Defendant Saudi Refining, Inc. |
| 6 | GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. |
| | DANIEL R. SHULMAN |
| 7 | 500 IDS Center, 80 South Eighth Street |
| | Minneapolis, Minnesota 55402 |
| 8 | Tel: (612) 632-3335 |
| | Fax: (612) 632-4335 |
| 9 | daniel.shulman@gpmlaw.com |
| 10 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE M. MADANI, RICK-MIK, INC., OYSTER PETROLEUM, INC., M.R. OYSTER, INC., HABIB ENTERPRISES, INC., HABIB PETROLEUM, INC., CALLAWAY OIL, INC., STEVEN GROSSI, STEPHEN SCHLABS, ANNIE SCHLABS, SOOY, INC., GREGOIRE DUKMAJIAN, WILLIAM REED, SAMIR BAHOUTH, ARTHUR SALDANA, AMRITA DHILLON, AMOUNA, INC., KEITH FULLINGTON, ASHKAN CORPORATION, GEORGE RABADI, PAUL ENSTAD,<br><br>                Plaintiffs,<br>v.<br><br>SHELL OIL COMPANY, CHEVRON CORPORATION, AND SAUDI REFINING, INC.,<br><br>                Defendants. | Case No. C 07-4296 MJJ<br><br>**STIPULATION EXTENDING DEFENDANT SAUDI REFINING, INC.'S TIME TO RESPOND TO THE COMPLAINT** |

NEWYORK 6297756 (2K)

STIPULATION EXTENDING THE TIME
TO RESPOND TO THE COMPLAINT
No. C 07-4296 MJJ

1  WHEREAS Defendant Saudi Refining, Inc. ("Defendant") must answer or otherwise respond
2  to the Complaint in this action within 20 days of being served with the Summons and Complaint;
3  WHEREAS Defendant needs additional time to answer or otherwise respond to the
4  Complaint; and
5  WHEREAS the Plaintiffs have agreed to extend the deadline for Defendant to respond to the
6  Complaint;
7  THE PARTIES HEREBY STIPULATE through their respective attorneys of record that
8  Defendant has until November 1, 2007 to Answer or otherwise respond to the Complaint.

Dated: October 8, 2007                GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
                                      DANIEL R. SHULMAN


                                      By: /s/ Thomas P. Bleau for
                                          Daniel R. Shulman
                                      Attorneys for Plaintiffs

Dated: October 10, 2007               WHITE & CASE LLP
                                      BRYAN A. MERRYMAN


                                      By: /s/ Bryan A. Merryman
                                          Bryan A. Merryman
                                      Attorneys for Defendant Saudi Refining, Inc.



IT IS SO ORDERED
Judge Martin J. Jenkins
10/16/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA