UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MIKE M. MADANI, et al.,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>SHELL OIL COMPANY, et al.,<br><br>　　　　　　　　Defendant(s).<br>_____/ | CASE NO. C 07-04296 MEJ<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

　　　Daniel R. Shulman, an active member in good standing of the bar of the State of Minnesota whose business address and telephone number (particular court to which applicant is admitted) is GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
500 IDS Center, 80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612-632-3335
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing    Plaintiffs.

　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge