UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MIKE M. MADANI, et al., | CASE NO. C 07-04296 MEJ |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION |
| v. | FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| SHELL OIL COMPANY, et al., | |
| Defendant(s). / | |

Daniel R. Shulman                              , an active member in good standing of the bar of

the State of Minnesota                              whose business address and telephone number

(particular court to which applicant is admitted)

is  GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
500 IDS Center, 80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612-632-3335                                                                                            ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing       Plaintiffs.                                            .

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:   10/18/07



Judge Martin J. Jenkins                         , Judge