1  Robert A. Mittelstaedt (SBN 060359)
2  Craig E. Stewart (SBN 129530)
   Peter E. Davids (SBN 229339)
3  Emily E. Booth (SBN 248008)
   JONES DAY
4  555 California Street, 26th Floor
   San Francisco, CA  94104
5  ramittelstaedt@jonesday.com
   cestewart@jonesday.com
6  pdavids@jonesday.com
7  ebooth@jonesday.com
   Telephone:     (415) 626-3939
8  Facsimile:     (415) 875-5700

9  Attorneys for Defendant
   CHEVRON CORPORATION
10
11 [Additional moving parties and counsel listed on
   following page]

12

13                     **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                          **SAN FRANCISCO DIVISION**

16

17  MIKE M. MADANI, et al.,                  | **Case No. C 07-4296 MJJ**

18         Plaintiffs, on behalf of          | **DECLARATION OF PETER E. DAVIDS IN**
           themselves and those              | **SUPPORT OF DEFENDANTS' JOINT**
19         similarly situated,               | **MOTION FOR TRANSFER OF VENUE**

20      v.                                   | **Date:**   December 18, 2007
                                             | **Time:**   9:30 a.m.
21  SHELL OIL COMPANY; CHEVRON               | **Dept.:**  Courtroom 11, 19th Floor
    CORPORATION; and SAUDI                   | **Judge:**  Hon. Martin J. Jenkins
22  REFINING, INC.,

23         Defendants.

24
25
26
27
28

SFI-572264v1                                                    Davids Decl. ISO Mot. to Transfer
                                                                            No. C 07-4296 MJJ

1 [Continued listing of moving parties and counsel]

2 Bradley S. Phillips (SBN 85263)
3 Stuart N. Senator (SBN 148009)
MUNGER, TOLLES & OLSON LLP
4 355 South Grand Avenue
Los Angeles, CA  90071
5 Brad.Phillips@mto.com
Stuart.Senator@mto.com
6 Telephone:    (213) 683-9100
7 Facsimile:    (213) 687-3702

8 Attorneys for Defendant SHELL OIL COMPANY

9

Bryan A. Merryman (SBN 134357)
10 WHITE & CASE LLP
633 West Fifth Street, Suite 1900
11 Los Angeles, CA  90071-2007
12 bmerryman@whitecase.com
Telephone:    (213) 620-7700
13 Facsimile:    (213) 452-2329

14 Attorneys for Defendant SAUDI REFINING, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-572264v1

Davids Decl. ISO Mot. to Transfer
No. C 07-4296 MJJ

1  I, PETER E. DAVIDS, declare:

2      1.    My name is Peter E. Davids. I am over the age of eighteen and have personal knowledge of the matters stated in this declaration except as otherwise noted. I am an attorney at the law firm Jones Day.

    2.    Exhibit A is a true and correct copy of the original complaint in *Dagher v. Saudi Refining, Inc.*, No. CV 99-06114 GKK (C.D. Cal.) ("*Dagher*"), filed on June 15, 1999.

    3.    Exhibit B is a true and correct copy of the operative second amended complaint in *Dagher*, filed on January 25, 2000.

    4.    Exhibit C is a true and correct copy of a stipulation and order dismissing the claims of Mike M. Madani in *Dagher*, filed on November 21, 2000.

    5.    Exhibit D is a true and correct copy of an excerpt from the transcript of the December 6, 1999 hearing before Judge King on defendants' motions to dismiss in *Dagher*.

    6.    Exhibit E is a true and correct copy of the docket report in *Dagher*. Based on my review of the record in *Dagher*, discovery began no later than April 2000 and ended no earlier than plaintiffs' designation of expert witnesses in June 2001.

    7.    Exhibit F is a true and correct copy of Local Rule 83-1.3.1 of the Central District of California, printed from the court's website (www.cacd.uscourts.gov) on October 27, 2007.

    8.    Exhibit G is a true and correct copy of General Order 05-06 of the Central District of California, printed from the court's website on October 27, 2007.

    9.    Based on my review of the record in *Dagher*, only one of the Motiva, Equilon, defendant, or third-party percipient witnesses deposed in that case testified that he resided in California.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November 2007 in San Francisco, California.

                                            /S/ Peter E. Davids
                                                  Peter E. Davids