# EXHIBIT C

1  Joseph M. Alioto
   ALIOTO LAW FIRM
2  One Embarcadero Center
   39th Floor
3  San Francisco, CA 94111
   Telephone: 415-434-8900
4
   Daniel R. Shulman, *Pro Hac Vice*
5  SHULMAN LAW FIRM, P.A.
   121 West Franklin Avenue
6  Minneapolis, MN 55404
   Telephone: 612-871-2909
7
   John H. Boone
8  LAW OFFICE OF JOHN H. BOONE
   One Embarcadero Center
9  39th Floor
   San Francisco, CA 94111
10 Telephone: 415-434-1133

11 Thomas P. Bleau
   BLEAU, FOX & ASSOCIATES
12 3575 Cahuenga Boulevard West
   Suite 580
13 Los Angeles, California 90068
   Telephone: 323-874-8613
14
   Attorneys for Plaintiffs



ORIGINAL

FILED
NOV 21 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUAD N. DAGHER, et al., | CLASS ACTION<br>CASE NO: CV 99-06114 GHK (JWJx) |
| Plaintiffs, on behalf of themselves and those similarly situated | STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS MADANI AND PETERSON |
| vs. | |
| SAUDI REFINING, INC., et al., | |
| Defendants. | |

///

F:\DOCUMENT\PLEADING\Shell-Texaco\StipDismiss.Shell.doc

ENTERED ON ICMS
DEC - 4 2000

Stipulation and Order for Dismissal
Without Prejudice of Certain Plaintiffs

The parties above-named, by and through their undersigned attorneys, hereby stipulate and agree that, whereas plaintiffs Mike M. Madani and Paul E. Peterson voluntarily wish to withdraw their claims against defendants in the above-entitled action and are doing so without compensation or other consideration received from defendants, the claims of plaintiffs Madani and Peterson asserted in this action may be dismissed without prejudice, subject to this Court's approval.

Respectfully submitted,

**FOR PLAINTIFFS:**

ALIOTO LAW FIRM
SHULMAN LAW FIRM, P.A.
LAW OFFICE OF JOHN H. BOONE
BLEAU, FOX & ASSOCIATES

Dated: Oct 24, 2000

By: _____
Daniel R. Shulman, *Pro Hac Vice*
121 West Franklin Avenue
Minneapolis, MN 55404
Telephone: 612-871-2909

**FOR DEFENDANT**
**SAUDI REFINING, INC.:**

Dated: November 6, 2000

WHITE & CASE LLP

By: _____
Bryan A. Merryman
633 West Fifth Street
19th Floor
Los Angeles, CA 90071
Tele: 213-620-7700


WHITE & CASE LLP
Michael S. Shuster
1155 Avenue of the Americas
New York, NY 10036
Tele: 212-819-8200


**FOR DEFENDANT**
**TEXACO, INC.:**

Dated: Nov. 3, 2000

HOWREY SIMON ARNOLD & WHITE, LLP

By: _____
Thomas J. Nolan
Dale J. Giali
550 South Hope Street
Suite 1400
Los Angeles, CA 90071-2627
Tele: 213-892-1800


HOWREY SIMON ARNOLD & WHITE, LLP
Alan M. Grimaldi
Patricia G. Butler
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tele: 202-783-0800

| | | |
|---|---|---|
| 1 | **FOR DEFENDANT** | |
| 2 | **SHELL OIL CO.:** | MUNGER, TOLLES & OLSON LLP |
| 3 | Dated: OCT 30, 2000 | |
| 4 | | By: /s/ |
| 5 | | Stuart N. Senator |
| | | 355 South Grand Avenue |
| 6 | | 35th Floor |
| | | Los Angeles, CA 90071-1560 |
| 7 | | Tele: 213-683-9100 |

### ORDER

Pursuant to the foregoing stipulation, the claims of plaintiffs Mike M. Madani and Paul E. Peterson in the above-entitled action are hereby dismissed without prejudice.

_____
United States District Judge

Dated: 11/20, 2000.

F:\DOCUMENT\PLEADING\Shell-Texaco\StipDismiss.Shell.doc

4

Stipulation and Order for Dismissal
Without Prejudice of Certain Plaintiffs