# EXHIBIT E

(JWJx), CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:99-cv-06114-GHK-JWJ

Fouad N Dagher, et al v. Saudi Refining Inc, et al
Assigned to: Judge George H. King
Referred to: Discovery Jeffrey W. Johnson
Demand: $0
Cause: 15:0001 Antitrust Litigation

Date Filed: 06/15/1999
Date Terminated: 08/13/2002
Jury Demand: Both
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Fouad N Dagher**      represented by    **Daniel R Shulman**
Shulman Law Offices
121 W Franklin Ave
Minneapolis, MN 55404
612-871-2909
Fax: 612-871-2939
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
Shulman Law Offices
121 W Franklin Ave
Minneapolis, MN 55404
612-871-2909
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
Shulman Law Offices
121 W Franklin Ave
Minneapolis, MN 55404
612-871-2909
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
John H Boone Law Offices
555 California St, Ste 3160
San Francisco, CA 94104
415-434-1133
Fax: 415-434-9200
*LEAD ATTORNEY*

**Joseph M Alioto**
Alioto Law Firm
555 California St, Ste 3160

San Francisco, CA 94104
415-434-8900
Fax: 415-434-9200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
Shulman Law Offices
121 W Franklin Ave
Minneapolis, MN 55404
612-871-2909
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
Bleau Fox & Fong
3575 Cahuenga Blvd W, Ste 580
Los Angeles, CA 90068-1368
323-874-8613
Fax: 323-874-1234
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bisharat Enterprises Inc**                represented by **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Buczkowski**                              represented by   **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Esequiel Delagado**                              represented by   **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mahwash Farzaneh**      represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas P Bleau
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nasser El-Radi**                    represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G G&R Petroleum Inc**              represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**H J F Inc**                    represented by     **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Terry M Walcott
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas P Bleau
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaleco Co**                          represented by   **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike M Madani**                       represented by   **Daniel R Shulman**
*TERMINATED: 11/21/2000*                                 (See above for address)
*TERMINATED: 11/21/2000*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*TERMINATED: 11/21/2000*
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*TERMINATED: 11/21/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*TERMINATED: 11/21/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Marquez**                represented by   **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sami Merhi**                    represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgardo R Parungao**                    represented by    **Daniel R Shulman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul E Peterson**                    represented by    **Daniel R Shulman**
*TERMINATED: 11/21/2000*                                 (See above for address)
                                                         *TERMINATED: 11/21/2000*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **David L Shulman**
                                                         (See above for address)
                                                         *TERMINATED: 11/14/2000*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **John H Boone**
                                                         (See above for address)
                                                         *TERMINATED: 11/21/2000*
                                                         *LEAD ATTORNEY*

Joseph M Alioto
(See above for address)
*TERMINATED: 11/21/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Terry M Walcott
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas P Bleau
(See above for address)
*TERMINATED: 11/21/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ron Abel Serv Center Inc**                    represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gullermo Ramirez**                     represented by   **Daniel R Shulman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **David L Shulman**
                                          (See above for address)
                                          *TERMINATED: 11/14/2000*
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **David M Sullivan**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **John H Boone**
                                          (See above for address)
                                          *LEAD ATTORNEY*

                                          **Joseph M Alioto**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Terry M Walcott**
                                          (See above for address)
                                          *TERMINATED: 11/16/2000*
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Thomas P Bleau**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry's Shell Serv Center Inc**        represented by   **Daniel R Shulman**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **David L Shulman**
                                          (See above for address)
                                          *TERMINATED: 11/14/2000*
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **David M Sullivan**
                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leopoloo Ramirez**                 represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nazar Sheibaini**                    represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sitara Management Corporation**      represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tinsel Enterprises Inc**          represented by  **Daniel R Shulman**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David L Shulman**
                                                     (See above for address)
                                                     *TERMINATED: 11/14/2000*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David M Sullivan**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **John H Boone**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

                                                     **Joseph M Alioto**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quang Truong**                    represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Ray Vezerian**              represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Los Feliz Shell Inc**                    represented by  **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

Joseph M Alioto
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Terry M Walcott
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Thomas P Bleau
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nassim Hanna**                    represented by    **Daniel R Shulman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L Shulman**
(See above for address)
*TERMINATED: 11/14/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Sullivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John H Boone**
(See above for address)
*LEAD ATTORNEY*

**Joseph M Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terry M Walcott**
(See above for address)
*TERMINATED: 11/16/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P Bleau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## V.

**Defendant**

**Saudi Refining Inc**    represented by    **Brian Arnold**
Kirkland & Ellis
777 S Figueroa St, Ste 3700
Los Angeles, CA 90017
213-680-8400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan A Merryman**
White & Case
633 W 5th St, Ste 1900
Los Angeles, CA 90071-2007
213-620-7700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Shuster**
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787
212-819-8200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Texaco Inc**    represented by    **Alan M Grimaldi**
Howrey Simon Arnold & White
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale J Giali**
Howrey
550 S Hope St, Ste 1100
Los Angeles, CA 90071
213-892-1800
Email: gialid@howrey.com
*LEAD ATTORNEY*

**Eric J McCarthy**
Howrey Simon Arnold & White
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen S Scammon**
Howrey Simon Arnold & White
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia G Butler**
Howrey Simon Arnold & White
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Nolan**
Skadden Arps Slate Meagher and Flom
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
213-687-5000
Email: tnolan@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor J Miller**
Howrey Simon Arnold & White
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R O'Brien**
Howrey Simon Arnold & White
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
202-783-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Oil Company**    represented by **Bradley S Phillips**
Munger Tolles & Olson
355 S Grand Ave, 35th Fl
Los Angeles, CA 90071-1560
213-683-9100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald L Olson**
Munger Tolles & Olson
355 S Grand Ave, 35th Fl

Los Angeles, CA 90071-1560
213-683-9100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart N Senator**
Munger Tolles & Olson
355 S Grand Ave, 35th Fl
Los Angeles, CA 90071-1560
213-683-9100
Email: stuart.senator@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D Temko**
Munger Tolles and Olson
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
213-683-9100
Email: william.temko@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant** | | |
| **Motiva Enterprises LLC**<br>*TERMINATED: 12/21/1999* | represented by | **David A Destino**<br>Baker & Hostetler<br>333 S Grand Ave, Ste 1800<br>Los Angeles, CA 90071-1523<br>213-975-1600<br>*TERMINATED: 12/21/1999*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Equilon Enterprises LLC**<br>*TERMINATED: 12/21/1999* | represented by | **David A Destino**<br>(See above for address)<br>*TERMINATED: 12/21/1999*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Equiva Trading Company**<br>*TERMINATED: 12/21/1999* | represented by | **David A Destino**<br>(See above for address)<br>*TERMINATED: 12/21/1999*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Equiva Services LLC**<br>*TERMINATED: 12/21/1999* | represented by | **David A Destino**<br>(See above for address)<br>*TERMINATED: 12/21/1999*<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Defendant**

**Motiva Enterprises LLC**

**Defendant**

**Equilon Enterprises LLC**

**Defendant**

**Equiva Trading Company**

**Defendant**

**Equiva Services LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/1999 | 1 | COMPLAINT filed Summons(es) issued referred to Discovery Jeffrey W. Johnson; Jury demand (jp) (Entered: 06/16/1999) |
| 06/15/1999 | 2 | 1st AMENDED COMPLAINT [1-1] by plfs; jury demand. Summons issd on 1st A/C (app) (Entered: 06/18/1999) |
| 06/16/1999 | | NOTICE Pro Hac Vice Application mailed to Counsel Daniel R Shulman and Terry M Walcott on 6/16/99 (jp) (Entered: 06/16/1999) |
| 06/30/1999 | 3 | ORDER re Case Mgt by Judge George H. King (see ord for further detials) (app) (Entered: 07/01/1999) |
| 07/01/1999 | 4 | PROOF OF SVC of Sums on 1st A/C & 1st A/C, 1st A/C, Ntc of Assignment to Mag, Ntc to Cnsl (Form CV-20) executed upon dft Shell Oil Company on 6/21/99 by serving Jerome Jones, Auth Agent (app) (Entered: 07/02/1999) |
| 07/07/1999 | 5 | PROOF OF SVC of Sum on 1st A/C & 1st A/C, 1st A/C, Ntc of Assignment to Mag, Ntc to Cnsl (Form CV-20) executed upon dft Equiva Services LLC on 6/25/99 docs served to Dee Kenhou, Person Auth to Accept Svc of Proc (app) (Entered: 07/08/1999) |
| 07/14/1999 | 6 | PROOF OF SVC of Sums on 1st A/C & 1st A/C, 1st A/C, Ntc of Assignment to Mag, Ntc to Cnsl (Form CV-20) executed upon dft Texaco Inc docs served to Sarah Hooward, Aut to Accept Svc of Proc on 6/24/99 (app) (Entered: 07/15/1999) |
| 08/03/1999 | | LODGED APPL OF NON-RESIDENT ATTY David L Shulman TO APPEAR IN A SPECIFIC CASE by plfs (FWD TO CRD) (app) (Entered: 08/04/1999) |
| 08/03/1999 | | LODGED APPL OF NON-RESIDENT ATTY Terry M Walcott TO APPEAR IN A SPECIFIC CASE by plfs (FWD TO CRD) (app) (Entered: 08/04/1999) |
| 08/03/1999 | | LODGED APPL OF NON-RESIDENT ATTY Dan R Shulman TO APPEAR IN A SPECIFIC CASE by plfs (FWD TO CRD) (app) (Entered: 08/04/1999) |

| 08/03/1999 | 7 | PROOF OF SERVICE executed upon defendant Equilon Ent LLC on 6/28/99 by personal svc by delivering Sums on 1st Amd Cmp & 1st Amd Cmp; 1st Amd Cmp; Ntc of Assigment to Mag; Ntc to cnsl (form CV-20) to Susan Lynch at C T Corp, Registered Agent (jp) (Entered: 08/04/1999) |
| 08/03/1999 | 8 | PROOF OF SERVICE executed upon defendant Motiva Enterprises LLC on 6/28/99 by personal svc by delivering Sums on 1st Amd Cmp & 1st amd Cmp; 1st Amd Cmp; Ntc of Assigment to Mag; Ntc to Cnsl (Form CV-20) to Susan Lynch at C T Corp, Registered Agent (jp) (Entered: 08/04/1999) |
| 08/05/1999 | 9 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case for plf by Terry M Walcott. Designating Thomas P Bleau as local counsel. Approved by Judge George King . (Fee pd) (app) (Entered: 08/09/1999) |
| 08/05/1999 | 10 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case for plf by David L Shulman. Designating Thomas P Bleau as local counsel. Approved by Judge George King . (Fee pd) (app) (Entered: 08/09/1999) |
| 08/05/1999 | 11 | APPLICATION AND ORDER of Non-Resident Atty to Appear in a Specific Case for plfs by Daniel R Shulman. Designating Thomas P Bleau as local counsel. Approved by Judge George King . (Fee pd) (app) (Entered: 08/11/1999) |
| 08/16/1999 | 12 | CERTIFICATE OF IDENTIFICATION by dfts Motiva Enterprises, Equilon Ent LLC, Equiva Trading Co and Equiva Services LLC of publicly held affiliate corporations (app) (Entered: 08/18/1999) |
| 08/17/1999 | 13 | CERTIFICATION OF IDENTIFICATION by dft Shell Oil Company of publicly held parents, affiliates &/or subsidiaries (app) (Entered: 08/18/1999) |
| 08/18/1999 | 14 | STIPULATION and ORDER by Judge George H. King extending time to answer 1st amended complaint [2-1] to 9/10/99 as to defendants (jp) (Entered: 08/20/1999) |
| 08/18/1999 | | NOTICE Pro Hac Vice Appl mailed to counsel's Alan M Grimaldi, Patricia G Butler on 8/20/99 (jp) (Entered: 08/20/1999) |
| 08/18/1999 | 16 | NOTICE OF INTERESTED PTYS by dft Texaco Inc (app) (Entered: 08/23/1999) |
| 08/20/1999 | 15 | PROOF OF SVC of Sums, 1st A/C, Ntc of Assignment to Mag and Ntc to Cnsl (FORM CV-20) executed upon dft Saudi Refining Inc on 8/4/99 docs served to Barbara Pfister, Person Auth to Accept Svc of Proc (app) (Entered: 08/23/1999) |
| 08/24/1999 | 17 | CERTIFICATE OF IDENTIFICATION by dft Saudi Refining Inc re Case Mgt ord (app) (Entered: 08/25/1999) |
| 08/26/1999 | | LODGED APPL OF NON RESIDENT ATTY Patricia G Butler TO APPEAR IN A SPECIFIC CASE by dft Texaco Inc (FWD TO CRD) (app) (Entered: 08/30/1999) |
| 08/26/1999 | | LODGED APPL OF NON-RESIDENT Alan M Grimaldi TO APPEAR |

| | | IN A SPECIFIC CASE by dft Texaco Inc (FWD TO CRD) (app) (Entered: 08/30/1999) |
|---|---|---|
| 08/26/1999 | | LODGED APPL OF NON-RESIDENT ATTY William R O'Brien TO APPEAR IN A SPECIFIC CASE by dft Texaco Inc (FWD TO CRD) (app) (Entered: 08/30/1999) |
| 08/26/1999 | | LODGED APPL OF NON-RESDIENT ATTY Kristen S Scammon TO APPEAR IN A SPECIFIC CASE by dft Texaco Inc (FWD TO CRD) (app) (Entered: 08/30/1999) |
| 08/30/1999 | 18 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for defendant Texaco Inc by Kristen Scammon. Designating Daile Giali as local counsel. Approved by Judge George H. King . (Fee pd) (jp) (Entered: 09/02/1999) |
| 08/30/1999 | 19 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for defendant Texaco Inc by Patricia G Butler. Designating Dale Giali as local counsel. Approved by Judge George H. King . (Fee pd) (jp) (Entered: 09/02/1999) |
| 08/30/1999 | 20 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for defendant Texaco Inc by Alan M Grimaldi. Designating Dale Giali as local counsel. Approved by Judge George H. King . (Fee pd) (jp) (Entered: 09/02/1999) |
| 08/30/1999 | 21 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for defendant Texaco Inc by William O'Brien. Designating Dale Giali as local counsel. Approved by Judge George H. King . (Fee pd) (jp) (Entered: 09/02/1999) |
| 09/07/1999 | 22 | PROOF OF SVC of Sums on 1st A/C and 1st A/C, Ntc of Assignment to US Mag Judge and Ntc to Assignment to Mag executed upon dft Equiva Trading Co on 8/19/99 by personally serving Rene Armer, Person In Charge (app) (Entered: 09/08/1999) |
| 09/07/1999 | 23 | PROOF OF SVC of Sums and 1st A/C executed upon dft Equiva Trading Co on 8/19/99 by personally serving Diane Fenton, Person Auth to Accept Svc of Proc (app) (Entered: 09/08/1999) |
| 09/10/1999 | 24 | NOTICE OF MOTION AND MOTION by Motiva Enterprises, Equilon Ent LLC, Equiva Trading Co, Equiva Services LLC to dismiss dfts Equiva Trading Co and Equiva Services LLC. Memo PA ; motion hearing set for 9:30 10/4/99 (sv) (Entered: 09/15/1999) |
| 09/10/1999 | 25 | NOTICE OF MOTION AND MOTION by Motiva Enterprises, Equilon Ent LLC, Equiva Trading Co, Equiva Services LLC to dismiss Motiva Enterprises LLC. Memo PA ; motion hearing set for 9:30 10/4/99 (sv) (Entered: 09/15/1999) |
| 09/10/1999 | 26 | NOTICE OF MOTION AND MOTION by Motiva Enterprises, Equilon Ent LLC, Equiva Trading Co, Equiva Services LLC to dismiss Equilon Enterprises LLC. Memo PA ; motion hearing set for 9:30 10/4/99 (sv) (Entered: 09/15/1999) |
| 09/10/1999 | 27 | NOTICE OF MOTION AND MOTION by Motiva Enterprises, Equilon Ent LLC, Equiva Trading Co, Equiva Services LLC to dismiss Motiva |

| | | Enterprises LLC for lack of jurisdiction ; motion hearing set for 9:30 10/4/99 (sv) (Entered: 09/15/1999) |
|---|---|---|
| 09/10/1999 | 28 | REQUEST by defendant Texaco Inc for judicial notice in suppt of jnt mot to dism (sv) (Entered: 09/15/1999) |
| 09/10/1999 | 29 | NOTICE OF JOINT MOTION by defendants Saudi Refining Inc, Texaco Inc, Shell Oil Company, and Equilon Ent LLC to dismiss 1st A/C. ; motion hearing set for 9:30 10/4/99 (sv) (Entered: 09/16/1999) |
| 09/21/1999 | 30 | STIPULATION and ORDER by Judge George H. King, The crt cont hrg on motion to dismiss 1st A/C. [29-1] for 9:30 am on 10/25/99 plf's shall file any opp thereto on/or before 10/5/99 & that dfts shall file any reply to plf's opp NLT 10/18/99 (app) (Entered: 09/24/1999) |
| 10/12/1999 | 31 | MEMO OF P/A IN OPP by plfs to motion to dismiss Motiva Enterprises LLC for lack of jurisdiction [27-1] (app) (Entered: 10/13/1999) |
| 10/12/1999 | 32 | MEMO OF P/A IN OPP by plfs to motion to dismiss 1st A/C. [29-1] (app) (Entered: 10/13/1999) |
| 10/13/1999 | 33 | STIPULATION and ORDER by Judge George H. King that plas sh file and serve any opps to dft's mots to dism on nlt 10/11/99. (sv) (Entered: 10/15/1999) |
| 10/18/1999 | 34 | REPLY MEMORANDUM by defendant Saudi Refining Inc, defendant Texaco Inc, defendant Shell Oil Company, defendant Equilon Ent LLC, defendant Equiva Trading Co, defendant Equiva Services LLC in support of joint dfts motn to dismiss (ca) (Entered: 10/21/1999) |
| 10/18/1999 | 35 | REPLY MEMORANDUM by defendant Motiva Enterprises, defendant Equilon Ent LLC, defendant Equiva Trading Co, defendant Equiva Services LLC in support of motn to dism for failure to state a claim (ca) (Entered: 10/21/1999) |
| 10/18/1999 | 36 | REPLY MEMORANDUM by defendant Motiva Enterprises, defendant Equilon Ent LLC, defendant Equiva Trading Co, defendant Equiva Services LLC in support of motn to dismiss for failure to state a clm (ca) (Entered: 10/21/1999) |
| 10/18/1999 | 37 | REPLY MEMORANDUM by defendant Motiva Enterprises, defendant Equilon Ent LLC, defendant Equiva Trading Co, defendant Equiva Services LLC in support of motion to dismiss Motiva Enterprises LLC for lack of jurisdiction [27-1] (ca) (Entered: 10/21/1999) |
| 10/18/1999 | 38 | JOINDER IN REPLY MEMORANDUM by defendant Motiva Enterprises, defendant Equilon Ent LLC, defendant Equiva Trading Co, defendant Equiva Services LLC (ca) (Entered: 10/21/1999) |
| 10/26/1999 | 39 | MINUTES: THe hrg on dfts' motions to dism prev calendared for 10/25/99 are continued: continuing hearing on motion to dismiss 1st A/C. [29-1] 9:30 11/15/99, hearing on motion to dismiss Motiva Enterprises LLC for lack of jurisdiction [27-1] 9:30 11/15/99, hearing on motion to dismiss Equilon Enterprises LLC. [26-1] 9:30 11/15/99, hearing on motion to dismiss Motiva Enterprises LLC. [25-1] 9:30 11/15/99, hearing on motion to dismiss dfts Equiva Trading Co and Equiva LLC. [24-1] 9:30 11/15/99 by Judge George H. King CR: none (lk) (Entered: |

| | | 10/26/1999) |
|---|---|---|
| 11/22/1999 | 40 | MINUTES: The crt shall ehar agr on dfts mots to dismiss on 12/6/99 at 9:30 am: setting hearing on motion to dismiss 1st A/C. [29-1] 9:30 12/6/99, hearing on motion to dismiss Motiva Enterprises LLC for lack of jurisdiction [27-1] 9:30 12/6/99, hearing on motion to dismiss Equilon Enterprises LLC. [26-1] 9:30 12/6/99, hearing on motion to dismiss Motiva Enterprises LLC. [25-1] 9:30 12/6/99, hearing on motion to dismiss Equiva Trading Co and Equiva Services LLC. [24-1] 9:30 12/6/99 by Judge George H. King CR: none (lk) (Entered: 11/23/1999) |
| 11/29/1999 | | LODGED APPLICATION OF NON-RESIDENT Attorney to Appear in a Specific Case by Michael S. Shuster for defendant Saudi Refining Inc (FWD TO CRD) (jp) (Entered: 12/01/1999) |
| 11/30/1999 | 41 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for defendant Saudi Refining Inc by Michael S Shuster. Designating Bryan A Merryman as local counsel. Approved by Judge George H. King . (Fee pd) (jag) (Entered: 12/02/1999) |
| 12/06/1999 | 42 | MINUTES: Crt hears oral arguemnt re mots to dism. Crt takes mots to dism under subm; that the motion to dismiss 1st A/C. [29-1] is submitted, that the motion to dismiss Motiva Enterprises LLC for lack of jurisdiction [27-1] is submitted, that the motion to dismiss Equilon Enterprises LLC. [26-1] is submitted, that the motion to dismiss Motiva Enterprises LLC. [25-1] is submitted, that the motion to dismiss dfts Equiva Trading Co and Equiva Services LLC. [24-1] is submitted. Cnsl to meet and confer and tr to streamline the above parties to the actn as disc in open court and to fi a Jt stat Rpt NLT 12 Noon 12/10/99. Courtesy cop shall be del to chambers of such filing. by Judge George H. King CR: Irene Nakamura (lk) (Entered: 12/07/1999) |
| 12/10/1999 | 43 | Joint STATUS REPORT re dism of Equilon Enterprises LLC, Motiva Enterprises LLC, Equiva Trading Co & Equiva Services LLC (twdb) (Entered: 12/16/1999) |
| 12/21/1999 | 44 | STIPULATION and ORDER by Judge George H. King terminating party Equilon Ent LLC, party Motiva Enterprises, party Equiva Trading Co, party Equiva Services LLC w/o prej (ENT 12/27/99) scan (lc) (Entered: 12/27/1999) |
| 01/07/2000 | 45 | MEMORANDUM and ORDER by Judge George H. King that the follow 4 mot are rendered moot by the ptys stip; Equiva dfts mot to dism, dft Equilon's mot to dism, dft Motiva's mot to dism under 12(b)(6), dft MOtiva's mot to dism under 12(b)(2). Dfts jt mot to dism is DENIED insofar as pltfs sect 1 clm is based on allegations of fixing of gasoline prices. Dfts jt mot to dism is granted insofar as pltfs sect 1 clm is based on allegations of Division of mkt and customers; and manipulation of pltfs svc sta leases; Pltfs are hereby granted leavt ot amend their FAC . Pla sahal fi the 1nd A?C within 10 days hereof. SHld pla fail to fi their 1AC timely, we will deem such fail to ba a wavier. In that event, dfts shall ans the FAC within 10 days thereafter; RE motion to dismiss 1st A/C. [29-1] moot., motion to dismiss Motiva Enterprises LLC for lack of jurisdiction [27-1] moot., motion to dismiss Equilon Enterprises LLC. [26-1] moot., motion to dismiss Motiva Enterprises LLC. [25-1] moot., |

| | | finding the motion to dismiss dfts Equiva Trading Co and Equiva Services LLC. [24-1] moot. (ENT 1/10/00) ntc (lk) Modified on 01/10/2000 (Entered: 01/10/2000) |
|---|---|---|
| 01/24/2000 | 46 | NOTICE OF MOTION AND MOTION by defendant Saudi Refining Inc to amend Order ; motion hearing set for 9:30 2/28/00 (lk) (Entered: 01/25/2000) |
| 01/24/2000 | 47 | MEMORANDUM IN SUPPORT by defendant Saudi Refining Inc of motion to amend Order [46-1] (lk) (Entered: 01/25/2000) |
| 01/24/2000 | 48 | DECLARATION of Michael S Shuster by defendant Saudi Refining Inc in support re motion to amend Order [46-1] (lk) (Entered: 01/25/2000) |
| 01/25/2000 | 49 | SECOND AMENDED COMPLAINT [1-1] by plaintiff; adding Motiva Enterprises, Equilon Enterprises, Equiva Trading Co, Equiva Services LLC; jury demand. Summons not issued (lk) (Entered: 01/26/2000) |
| 01/28/2000 | 50 | MINUTES: granting motion to amend Order [46-1] and removing dfts mot from the Crt calendar. We strike the following passage, whi appeared at pg 13, lines 5-8 of our Memo and Ord that was fi on 1/7/00 and ent on 1/10/00: (see document) by Judge George H. King CR: none (lk) (Entered: 01/31/2000) |
| 01/28/2000 | 51 | AMENDED MEMORANDUM and ORDER by Judge George H. King this matter is before the Crt on the following five motions to dismiss (see doc for details). Pltfs are hereby gr leave to amend their FAC to clarify these allegations in accord with this Order. Pla shall fi their 2nd AC within 20 days hereof. Dfts shall ans the FAC as to the remaining allegations of price fixing within 10 days thereafter. (ENT 1/31/00) ntc. (lk) (Entered: 01/31/2000) |
| 02/08/2000 | 52 | NOTICE OF CHANGE Of Firm Name filed by attys Thomas J Nolan, Dale J Giali, Alan M Grimaldi, Patricia G Butler for defendant Texaco Inc (rrey) (Entered: 02/09/2000) |
| 02/08/2000 | 53 | ANSWER filed by defendant Shell Oil Company to 2nd amended complaint [49-1] (lk) (Entered: 02/09/2000) |
| 02/08/2000 | 54 | ANSWER filed by defendant Saudi Refining Inc to 2nd amended complaint [49-1] (lk) (Entered: 02/09/2000) |
| 02/08/2000 | 55 | ANSWER filed by defendant Texaco Inc to 2nd amended complaint [49-1] (lk) (Entered: 02/09/2000) |
| 03/21/2000 | 56 | NOTICE by defendant Shell Oil Company ofLodging stip and Prop Order. (lk) (Entered: 03/22/2000) |
| 03/22/2000 | 58 | JOINT STATUS REPORT of early meeting of counsel (bg) (Entered: 03/23/2000) |
| 03/23/2000 | 57 | STIPULATED PROTECTIVE ORDER by Discovery Jeffrey W. Johnson regarding confidential information. (lk) (Entered: 03/23/2000) |
| 03/24/2000 | 59 | JOINT NOTICE OF MSC purs to 6/23/99 Crt Ord re Case Mgt by plaintiffs, defendants Saudi Refining Inc, Texaco Inc, Shell Oil Co (rrey) (Entered: 03/27/2000) |

| 04/10/2000 | 60 | MINUTES: mandatory status conference held ;discovery ddl set on 10/2/00 . LR 23 compliance 30 days thereafter by Judge George H. King CR: Irene Nakamura (lk) (Entered: 04/14/2000) |
| 04/11/2000 | | LODGED Appl of Non-Resident Atty to appear in a specific case submitted by defendant Texaco Inc; atty Victor J Miller; fee paid (FWD TO CRD) (rrey) (Entered: 04/13/2000) |
| 04/17/2000 | 61 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for defendant Texaco Inc by Victor J Miller. Designating Dale J Giali as local counsel. Approved by Judge George H. King . (Fee pd) (lk) (Entered: 04/18/2000) |
| 04/17/2000 | 62 | NOTICE OF DISCREPANCY AND ORDER by Judge George H. King that ntc of mot to admit Alioto-Grace Pro Hac Vice ldg on 4/10/00 is not to be fi but rejected and returned to cnsl. (lk) (Entered: 04/19/2000) |
| 04/24/2000 | 63 | NOTICE OF MOTION AND MOTION by plaintiff to admit Angelina Alioto-Grace pro hac vice ; motion hearing set for 9:30 5/22/00 Lodged Prop Ord. (lk) (Entered: 04/25/2000) |
| 05/04/2000 | 64 | RECEIPT OF TRANSCRIPT of proceedings for the following date(s): 4/10/00 (Re: ) CR: Irene Nakamura (pjap) (Entered: 05/09/2000) |
| 05/04/2000 | | TRANSCRIPT filed for proceedings held on 4/10/00 (pjap) (Entered: 05/09/2000) |
| 05/18/2000 | 65 | ORDER by Judge George H. King striking motion to admit Angelina Alioto-Grace Pro hac vice [63-1] (lk) (Entered: 05/22/2000) |
| 05/18/2000 | | PLACED IN FILE - NOT USED Prop Ord adm Angelina Alioto-Grace to appeal pro hac vice. (lk) (Entered: 05/22/2000) |
| 07/17/2000 | 66 | NOTICE OF CHANGE Of Addresses filed by attys Joseph M Alioto, John H Boone for plaintiff Nassim Hanna (rrey) (Entered: 07/19/2000) |
| 08/22/2000 | 67 | ORDER by Judge George H. King denying stip ext DCO (rrey) (Entered: 08/23/2000) |
| 08/23/2000 | 68 | MOTION by plaintiff to compel dfts to resp to discov ; motion hearing set for 2:00 9/7/00 (rrey) (Entered: 08/24/2000) |
| 08/23/2000 | 69 | NOTICE OF motion to compel dfts to resp to discov [68-1] filed by plaintiffs ; ldg Ord (rrey) (Entered: 08/24/2000) |
| 08/23/2000 | 70 | JOINT STIPULATION filed re motion to compel dfts to resp to discov [68-1] (rrey) (Entered: 08/24/2000) |
| 08/28/2000 | 71 | NOTICE OF CHANGE Of Address filed by attys Daniel R Shulman, David L Shulman for plaintiffs (jp) (Entered: 08/28/2000) |
| 08/30/2000 | 72 | SUPPLEMENTAL MEMORANDUM by defendant Saudi Refining Inc in opposition to plf's motion to compel dfts to resp to discov [68-1] (jp) (Entered: 08/31/2000) |
| 08/30/2000 | 73 | JOINT STIPULATION filed for order continuing discovery cutoff ; Decls of Daniel R. Shulman, Patricia G. Gutler, Bryan A. Merryman, Stuart N. Sanator (jp) (Entered: 08/31/2000) |

| 09/07/2000 | 74 | MINUTES: Plfs motion to compel dfts to resp to discov [68-1] taken under submission ; the Crt ORDs that portions of this hrg be placed under seal; that sealed portions is: Tape no 00-15 (274-336); the Crt marks certain docs as Crts Exhs 1-4; Crts Exhs 2 & 3 are placed under seal; the ptys will be notified by mail of the Crts ruling w/in one (1) week of this date by Magistrate Judge Jeffrey W. Johnson CR: Tape no 14/Tape no 15 (rrey) (Entered: 09/12/2000) |
| --- | --- | --- |
| 10/13/2000 | 75 | ORDER by Magistrate Judge Jeffrey W. Johnson GRANT in part DENY in part plfs motion to compel dfts to resp to discov [68-1]; IT IS HEREBY ORD The Crt will allow plfs discov reqs insofar as they are relevant to the following issues (see doc for fur details); IT IS FUR ORD AS FOLLOWS: doc req no 1 is den; doc req nos 8,9,13,15,16,25,28,31,37,& 38 are Gr; doc req nos 17,18,19 & 44 are Gr; doc req nos 23,26,30,36,39,40,41,42,45,46,47 are den; dfts may file a propsd proto for the Crts consideration in regard to the above-ord doc prod w/in seven (7) days from the date of svc of this Ord; if dfts elect not to file propsd proto, prod of docs as ord above shall be completed by dfts w/in twenty-one (21) days (see doc for fur details) (rrey) (Entered: 10/13/2000) |
| 11/01/2000 | 76 | RECEIPT OF TRANSCRIPT of proceedings for the following date(s): 9/7/00 (Re: ) CR: Dorothy Babykin (pjap) (Entered: 11/02/2000) |
| 11/01/2000 | | TRANSCRIPT filed for proceedings held on 9/7/00 (pjap) (Entered: 11/02/2000) |
| 11/09/2000 | 77 | JOINT STIPULATION/ORDER by Discovery Jeffrey W. Johnson re production of documents re plfs doc requests 17, 18 & 19 (see doc for fur detail) (jp) (Entered: 11/16/2000) |
| 11/21/2000 | 81 | STIPULATION and ORDER by Judge George H. King dismissing claims of plas party Paul E Peterson, party Mike M Madani w/out prej (bg) (Entered: 12/04/2000) |
| 11/30/2000 | 78 | NOTICE OF MOTION AND MOTION by plaintiff to compel return of Saudi documents ; motion hearing set for 2:00 12/14/00 Lodged ord **FI UNDER SEAL** (bg) (Entered: 12/01/2000) |
| 11/30/2000 | 78 | NOTICE doc w/held from case file (bg) (Entered: 12/01/2000) |
| 11/30/2000 | 79 | NOTICE re document w/held from case file (bg) (Entered: 12/01/2000) |
| 12/08/2000 | 82 | Supplemental MEMORANDUM IN SUPPORT by plaintiff of motion to compel return of Saudi documents [78-1] (bg) (Entered: 12/13/2000) |
| 12/13/2000 | 83 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Texaco Inc (rrey) (Entered: 12/14/2000) |
| 12/13/2000 | 84 | MINUTES: Plfs motion to compel return of Saudi documents [78-1] is taken under submission ; the Crt will issue a final ruling on or about 2/8/01; however, plf is GR lv to file a suppl to the instant mot following the sched 2/1/01 depo of wit atty Barnes; the Crt ORDS that all decls submitted to the Crt pertaining to the subject mot are to be fld UNDER SEAL; fur, the Crt ORDS the transc of this hrg SEALED by Magistrate Judge Jeffrey W. Johnson CR: Tape no 00-20 (2230-end); Tape 00-21(0- |

| | | |
|---|---|---|
| | | 2076) (cc cnsl) (rrey) (Entered: 12/19/2000) |
| 12/14/2000 | 85 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 12/26/2000) |
| 01/04/2001 | 86 | JOINT STIPULATION and ORDER by Judge George H. King ; discovery cont to 3/15/01 , all other dates to be similarly ext & Plf's will designate their expert wits on or before 4/5/01 & Dfts will then have 6 wks to designate their expert wits; Decl of Daniel R Shulman, Patricia G Butler, Michael S Shuster & Stuart N Senator in suppt (ir) (Entered: 01/08/2001) |
| 01/16/2001 | 87 | RECEIPT OF TRANSCRIPT of proceedings for the following date(s): 12/14/00 (Re: ) CR: Briggs Reporting Company, Inc. (underseal)(pjap) (pjap) Modified on 01/30/2001 (Entered: 01/18/2001) |
| 01/16/2001 | | TRANSCRIPT filed for proceedings held on 12/14/00 [underseal](pjap) (pjap) Modified on 01/30/2001 (Entered: 01/18/2001) |
| 02/08/2001 | 88 | NOTICE RE DOC WITHHELD FROM CASE FILE by plfs (rrey) (Entered: 02/09/2001) |
| 02/16/2001 | 89 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Saudi Refining Inc (rrey) (Entered: 02/20/2001) |
| 02/28/2001 | 91 | MOTION by plaintiffs to compel discov ; motion hearing set for 2:00 3/15/01 Lodged propsd ord (rrey) (Entered: 03/01/2001) |
| 02/28/2001 | 92 | JOINT STIPULATION filed re motion to compel discov [91-1] (rrey) (Entered: 03/01/2001) |
| 03/01/2001 | 90 | MINUTES: NOTICE TO COUNSEL re discov mot(s); any discov mot fld w/ this Crt will be deemed under submission as of the Date it is fld; if a hrg is necessary, the ptys will be notified by the Crts deputy clk by Magistrate Judge Jeffrey W. Johnson CR: None (rrey) (Entered: 03/01/2001) |
| 03/08/2001 | 93 | NOTICE re documents w/held from case file (bg) (Entered: 03/09/2001) |
| 03/08/2001 | 94 | NOTICE re document w/held from case file (bg) (Entered: 03/09/2001) |
| 04/03/2001 | 95 | JOINT STIPULATION filed for an ord extending time for expert rpts & establishing mot & sttlmnt sched ; decls of Daniel R Shulman, Patricia G Butler, Michael S Shuster, & Stuart N Senator; ldg ord (rrey) (Entered: 04/05/2001) |
| 04/03/2001 | 96 | DECLARATION of Daniel R Shulman by plaintiffs in suppt of joint stipulation for an ord extending time for expert rpts & establishing mot & sttlmnt sched [95-1] (rrey) (Entered: 04/05/2001) |
| 04/03/2001 | 97 | DECLARATION of Patricia G Butler by defendant Texaco Inc in suppt of joint stipulation for an ord extending time for expert rpts & establishing mot & sttlmnt sched [95-1] (rrey) (Entered: 04/05/2001) |
| 04/03/2001 | 98 | DECLARATION of Michael S Shuster by plaintiffs in suppt of joint stipulation for an ord extending time for expert rpts & establishing mot & sttlmnt sched [95-1] (rrey) (Entered: 04/05/2001) |

| 04/03/2001 | 99 | DECLARATION of Stuart N Senator by plaintiffs in suppt of joint stipulation for an ord extending time for expert rpts & establishing mot & sttlmnt sched [95-1] (rrey) (Entered: 04/05/2001) |
| 04/09/2001 | 101 | MINUTES: granting stipulation for an ord extending time for expert rpts & establishing mot & sttlmnt sched [95-1]; no fur exts will be GR; plfs shall designate their expert wits by 5/15/01; dfts shall designate their expert wits by 6/26/01 (see doc for fur details) by Judge George H. King CR: None (rrey) (Entered: 04/19/2001) |
| 04/13/2001 | | LODGED appl of non-resident atty to appear in a specific case submitted by David M Sullivan for plaintiffs (FWD TO CRD) (rrey) (Entered: 04/17/2001) |
| 04/17/2001 | 100 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff Fouad N Dagher, plaintiff Bisharat Ent Inc, plaintiff Alfred Buczkowski, plaintiff Esequiel Delagado, plaintiff Mahwash Farzaneh, plaintiff Nasser El-Radi, plaintiff G G & R Petroleum, plaintiff H J F Inc, plaintiff Kaleco Co, plaintiff Carlos Marquez, plaintiff Sami Merhi, plaintiff Edgardo R Parungao, plaintiff Ron Abel Srv Center, plaintiff Gullermo Ramirez, plaintiff Jerry's Shell Serv, plaintiff Leopoloo Ramirez, plaintiff Nazar Sheibaini, plaintiff Sitara Mgt Corp, plaintiff Tinsel Enterprises, plaintiff Quang Truong, plaintiff Steven Ray Vezerian, plaintiff Los Feliz Shell Inc, plaintiff Nassim Hanna by David M Sullivan. Designating Thomas P Bleau as local counsel. Approved by Judge George H. King. (Fee pd) (bg) (Entered: 04/18/2001) |
| 04/18/2001 | | PLACED IN FILE - NOT USED; Propsd Ord ldg by plfs on 4/3/01 (rrey) (Entered: 04/19/2001) |
| 04/24/2001 | 102 | MINUTES: (IN CHAMBERS) setting hearing on motion to compel discov [91-1] 10:00 5/1/01 by Magistrate Judge Jeffrey W. Johnson CR: None (rrey) (Entered: 04/25/2001) |
| 05/01/2001 | 103 | MINUTES: denying motion to compel return of Saudi documents [78-1]; cnsl for Saudi Refining Inc shall file decls re Mr Al-Bayat & Mr Al-Shaifanis respective involvement in the motive pre-formation process to be fld on or before 5/14/01 by Magistrate Judge Jeffrey W. Johnson CR: Tape #01-5 & #01-6. (rrey) (Entered: 05/02/2001) |
| 05/01/2001 | 104 | AMENDED MINUTES: denying motion to compel return of Saudi documents [78-1]; cnsl for Saudi Refining Inc shall file decls re Mr Al-Bayat & Mr Al-Shaifanis respective involvement in the motive pre-formation process on or bef 5/14/01 by Magistrate Judge Jeffrey W. Johnson CR: Tape #01-5 & #01-6 (rrey) Modified on 05/10/2001 (Entered: 05/10/2001) |
| 05/11/2001 | 105 | NOTICE RE DOC WITHHELD FROM CASE FILE by plfs (rrey) (Entered: 05/14/2001) |
| 05/14/2001 | 106 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Saudi Refining Inc (rrey) (Entered: 05/15/2001) |
| 05/14/2001 | 107 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Saudi Refining Inc (rrey) (Entered: 05/15/2001) |

| 05/15/2001 | 108 | MINUTES: (In Chambers) Plfs obj to Civil MO ent 5/2/01, amd 5/10/01 will be considered under submission as of 6/4/01; & plfs req for oral argument is hereby DENIED; dfts shall file their opp by 5/21/01 & plfs rply due by 5/25/01 by Judge George H. King CR: None (rrey) (Entered: 05/16/2001) |
| --- | --- | --- |
| 05/21/2001 | 109 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Saudi Refining Inc (rrey) (Entered: 05/22/2001) |
| 05/22/2001 | 110 | RECEIPT OF TRANSCRIPT of proceedings for the following date(s): 5/1/01 CR: Toni Hudson (dlu) (Entered: 05/23/2001) |
| 05/22/2001 | | TRANSCRIPT filed [underseal] for proceedings held on 5/1/01 (dlu) Modified on 05/29/2001 (Entered: 05/23/2001) |
| 05/23/2001 | 111 | NOTICE re dcoument w/held from case file (bg) (Entered: 05/29/2001) |
| 05/25/2001 | 112 | NOTICE RE DOC WITHHELD FROM CASE FILE by plfs (rrey) (Entered: 05/29/2001) |
| 06/08/2001 | 113 | MINUTES: The Mag Judges 5/2/01 ruling as amd on 5/10/01 is AFFIRMED & plfs objs are OVERRULED by Judge George H. King CR: None (ENT 6/11/01) (send/ntc) (cc cnsl) (rrey) (Entered: 06/11/2001) |
| 06/18/2001 | | PLACED IN FILE - NOT USED; (Propsd) Ord re plfs objs to civil MO of Mag Judge entered 5/22/01 amd 5/10/01 ldg by plfs on 5/11/01 (rrey) (Entered: 06/20/2001) |
| 07/05/2001 | 114 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for defendant Texaco Inc by Eric J McCarthy. Designating Dale J Giali as local counsel. Approved by Judge George H. King. (Fee pd) (bg) (Entered: 07/06/2001) |
| 07/27/2001 | 115 | NOTICE OF MOTION AND MOTION by dfts Shell Oil Company, Texaco Inc, Saudi Refining Inc for summary judgment ; motion hearing set for 9:30 10/1/01; Lodged Ord****FILED UNDER SEAL***** (rrey) Modified on 07/30/2001 (Entered: 07/30/2001) |
| 07/27/2001 | 115 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 116 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 117 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 118 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 119 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 120 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 121 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co |

| | | |
|---|---|---|
| | | (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 122 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 123 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 124 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 125 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 126 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 127 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 128 | NOTICE RE DOC WITHHELD FROM CASE FILE by plfs (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 129 | NOTICE RE DOC WITHHELD FROM CASE FILE by plfs (rrey) (Entered: 07/30/2001) |
| 07/27/2001 | 130 | NOTICE RE DOC WITHHELD FROM CASE FILE by plfs (rrey) Modified on 07/30/2001 (Entered: 07/30/2001) |
| 07/27/2001 | 131 | NOTICE RE DOC WITHHELD FROM CASE FILE by plfs (rrey) (Entered: 07/30/2001) |
| 07/31/2001 | 132 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 08/02/2001) |
| 07/31/2001 | 133 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 08/02/2001) |
| 08/01/2001 | 134 | MINUTES: Plfs ex parte appl for an ord shortening time w/ respect to their mot to str decl of Richard A Broderick is DENIED; plfs shall file the mot to str w/in seven (7) days by Judge George H. King CR: None Present (rrey) (Entered: 08/03/2001) |
| 08/01/2001 | 135 | NOTICE OF DISCREPANCY AND ORDER by Judge George H. King. Plfs ex parte appl for ord shortening time etc is NOT to be fld, but instead REJECTED, & is ORD rtnd to cnsl purs to Local Rule 7.18.1. (rrey) (Entered: 08/08/2001) |
| 08/09/2001 | 136 | NOTICE OF MOTION AND MOTION by plaintiff, defendant to strike the decl of Richard A Broderick filed in support of dfts' mot for summ jgm motion hearing set for 9:30 9/10/01 Lodged order (bg) (Entered: 08/10/2001) |
| 08/09/2001 | 137 | MEMORANDUM IN SUPPORT by plaintiffs re motion to strike the decl of Richard A Broderick filed in support of dfts' mot for summ jgm [136-1] (bg) (Entered: 08/10/2001) |
| 08/09/2001 | 138 | DECLARATION of Daniel R Shulman by plaintiffs, in support re |

| | | |
|---|---|---|
| | | motion to strike the decl of Richard A Broderick filed in support of dfts' mot for summ jgm [136-1] (bg) Modified on 08/10/2001 (Entered: 08/10/2001) |
| 08/09/2001 | 139 | PROOF OF SERVICE by plaintiff, defendant on 2/8/01 of decl of Daniel R Shulman; propsd order; memo in support; ntc of mot & mot to str the decl of Richard A Broderick svd (see service list) by mail (bg) (Entered: 08/10/2001) |
| 08/27/2001 | 140 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 08/28/2001) |
| 08/27/2001 | 141 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 08/28/2001) |
| 08/30/2001 | 142 | NOTICE RE DOC WITHHELD FROM CASE FILE by plf (rrey) (Entered: 08/31/2001) |
| 09/07/2001 | 143 | MINUTES: (IN CHAMBERS) Plfs motion to strike the decl of Richard A Broderick filed in support of dfts mot for summ jgm is submitted; the hrg date is vac by Judge George H. King CR: None (rrey) (Entered: 09/10/2001) |
| 09/13/2001 | 144 | MINUTES: denying motion to strike the decl of Richard A Broderick filed in support of dfts' mot for summ jgm [136-1], taking motion for summary judgment [115-1] off calendar by Judge George H. King CR: None (rrey) (Entered: 09/14/2001) |
| 09/13/2001 | | PLACED IN FILE - NOT USED; (Propsd) Ord GR plfs mot to str the decl of Richard A Broderick ldg by plfs on 8/9/01 (rrey) (Entered: 09/14/2001) |
| 09/21/2001 | 145 | NOTICE RE DOC WITHHELD FROM CASE FILE by dft Shell Oil Co (rrey) (Entered: 09/25/2001) |
| 10/05/2001 | 146 | AMENDED NOTICE OF MOTION AND MOTION by defendant Shell Oil Company, Texaco Inc, Saudi Refining INc for summary judgment ; motion hearing set for 9:30 12/3/01 (jp) (Entered: 10/09/2001) |
| 10/05/2001 | 147 | PROOF OF SERVICE BY U.S. MAIL by defendant on 10/5/01 of Amended ntc of mot & mot for summary judgment; Joint stip of ptys w/respect to issues to be decided for summary judgment (see doc for fur detail) (jp) (Entered: 10/09/2001) |
| 10/05/2001 | 148 | NOTICE RE: DOC W/HELD FROM CASE FILE: Document filed UNDER SEAL (jp) (Entered: 10/09/2001) |
| 10/05/2001 | 149 | NOTICE RE: DOC W/HELD FROM CASE FILE: Document filed UNDER SEAL (jp) (Entered: 10/09/2001) |
| 10/05/2001 | 150 | NOTICE RE: DOC W/HELD FROM CASE FILE: Document filed UNDER SEAL (jp) (Entered: 10/09/2001) |
| 11/26/2001 | 151 | MINUTES: (In Chambers) continuing hearing on motion for summary judgment [146-1] 9:30 12/10/01 by Judge George H. King CR: None (rrey) (Entered: 11/27/2001) |
| 12/10/2001 | 152 | MINUTES: the motion for summary judgment [146-1] is submitted; Crt |

| | | will issue written ruling by Judge George H. King CR: Irene Nakamura (rrey) (Entered: 12/11/2001) |
|---|---|---|
| 05/21/2002 | 153 | MEMORANDUM & ORDER by Judge George H. King re Joint Briefing on Motions for Summ Jgm (part one re plfs' standing against SRI); SRI's Motion for Summ Jgm [146-1] on the issue of antitrust standing is GRANTED (see docs for fur details) (nhac) (Entered: 05/22/2002) |
| 07/29/2002 | | LODGED/PROPOSED JUDGMENT submitted by defendant Saudi Refining Inc. (FWD TO CRD) (rrey) (Entered: 07/31/2002) |
| 08/13/2002 | 155 | MEMORANDUM & ORDER re cross-motions for summary jgm (part two: re Sec 1 per se & quick-look liability) by Judge George H. King; dfts mot is gr as plfs failed to raise a triable iss of fact as to per se or quick-look sec 1 liability; dfts purported Copperweld defense is denied as moot; plfs mot is den (ENT 8/14/02) (rrey) (Entered: 08/14/2002) |
| 08/13/2002 | 156 | JUDGMENT by Judge George H. King against plaintiffs; IT IS HEREBY ADJUDGED that dfts Shell, Texaco, & SRI shl have jgm agnst plfs & plfs shl recover nothing on their cmp terminating case (MD JS-6) (ENT 8/14/02) (rrey) (Entered: 08/14/2002) |
| 08/14/2002 | 154 | MINUTES: (In Chambers) re SRIs propsd jgm; SRIs propsd jgm will be placed in the Crts file unused; to the extent SRI or any other dft seeks to recover costs it may do so purs to LR 54 by Judge George H. King CR: None (rrey) (Entered: 08/14/2002) |
| 08/14/2002 | | PLACED IN FILE - NOT USED; Propsd jgm ldg by dft on 7/29/02 (rrey) (Entered: 08/14/2002) |
| 08/16/2002 | 157 | NOTICE OF ENTRY of jgm by defendant Saudi Refining Inc (rrey) (Entered: 08/19/2002) |
| 08/28/2002 | 158 | NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS; BILL OF COSTS RETURNABLE submitted by defendant Shell Oil Company re [156-2] ; bill of cost hearing set on 10:00 9/12/02 (rrey) (Entered: 08/29/2002) |
| 08/28/2002 | 159 | NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS; BILL OF COSTS RETURNABLE submitted by defendant Texaco Inc re [156-2]; hrg on 9/12/02 10:00 (rrey) (Entered: 08/29/2002) |
| 08/30/2002 | 160 | NOTICE OF APPEAL by plaintiffs Fouad N Dagher, Bisharat Ent Inc,Alfred Buczkowski,Esequiel Delgado,Nasser El-Radi,G.G. & R. Petroleum,Inc.,H.J.F. Inc.,Kaleco,Co.,Carlos Marquez,Sami Merhi,Edardo R. Parungao,Ron Abel Serv. Center,Inc.,Jerry'Shell Serv.Center,Inc.,Gullermo Ramirez,Leopolo Ramirez,Nozar Sheibaini,Sitara Management Corp.,Tinsal Ent.Inc.,Quang Troung,Steven Ray Vezerian,Los Feliz Shell,Inc., & Nassim Hanna to 9th C/A from Dist. Court jgm ent 8/14/02 [156-2],ord ent 8/14/02 [155-1],ord fld 5/21/02 [153-1] (cc: Bleau,Fox & Associates;Alioto Law; Gray,Plant,Mooty,Mooty & Bennett;John H. Boone;Howery & Simon;Howery & Simon;Munger,Tolles & Olson;White & Case; White & Case;Baker & Hostetler & Equiva Services ) Fee: Paid. (ghap) (Entered: 08/30/2002) |
| | | |

| 08/30/2002 | | LODGED Civil Appeals Docketing Statement submitted by plaintiffs Fouad N Dagher,Bisharat Ent Inc,Alfred Buczkowski,Esequiel Delagado, Nasser El-Radi,G G & R Petroleum,H J F Inc,Kaleco Co, Carlos Marquez, Sami Merhi,Edgardo R Parungao, Ron Abel Srv Center,Gullermo Ramirez,Jerry's Shell Serv,Leopoloo Ramirez,Nazar Sheibaini,Sitara Mgt Corp,Tinsel Enterprises,Quang Truong, Steven Ray Vezerian,Los Feliz Shell Inc ,Nassim Hanna (fwd to 9th cca) (ghap) (Entered: 08/30/2002) |
|---|---|---|
| 09/06/2002 | 162 | STIPULATION and ORDER approved by Judy A Matthews, CSS continuing hearing on bill of costs [159-1], bill of costs [158-1] to 10:00 9/19/02; plfs objs shl be fld & served NLT 7 days prior to 9/19/02 (rrey) Modified on 09/17/2002 (Entered: 09/17/2002) |
| 09/09/2002 | 161 | NOTICE OF DISCREPANCY AND ORDER ordering stipo cont hrg on B/C submitted received on 9/6/02 to be fld and processed; fld date to be the date the doc was stamped "received but not fld" w/the Clerk (rrey) (Entered: 09/17/2002) |
| 09/17/2002 | 163 | NOTIFICATION by Circuit Court of Appellate Docket Number appeal [160-1] 02-56509 (dlu) (Entered: 09/17/2002) |
| 09/19/2002 | 164 | NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS; BILL OF COSTS RETURNABLE submitted by defendant Saudi Refining Inc re [156-2] ; bill of cost hearing set on 10:00 10/10/02 (pc) (Entered: 09/20/2002) |
| 09/19/2002 | 165 | NOTICE of additional transcripts deemed necessary on appeal by defendant Texaco Inc (fvap) (Entered: 09/20/2002) |
| 09/19/2002 | | COSTS taxed for defendant Shell Oil Company in the amount of $ 14,365.40 against plaintiffs; bill of cost hearing held (rrey) (Entered: 09/25/2002) |
| 09/19/2002 | | COSTS taxed for defendant Texaco Inc in the amount of $23,829.64 against plaintiffs (rrey) (Entered: 09/25/2002) |
| 10/10/2002 | | COSTS taxed for defendant Saudi Refining Inc in the amount of $ 25,287.92 against plaintiff Fouad N Dagher (bp) (Entered: 10/15/2002) |
| 08/22/2003 | 166 | CLERK'S record on appeal transmitted to Circuit [160-1] vols: 1 thru 5; transcripts: 4 (Transcripts 3 and 4 Underseal). (02-56509) (wdc) (Entered: 08/22/2003) |
| 08/22/2003 | 167 | CLERK'S record on appeal transmitted to Circuit [160-1] 41 underseal documents (78, 79, 80, 83, 85, 88, 89, 93, 94, 105, 106, 107, 109, 111, 112, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 140, 141, 142, 145, 148, 149, 150) and 2 underseal transcripts (volumes 3 and 4). (02-56509) (wdc) (Entered: 08/22/2003) |
| 09/12/2003 | 168 | NOTICE OF CHANGE Of Address filed by atty John H Boone for plaintiff Nassim Hanna, Joseph M Alioto for plaintiff Nassim Hanna ; Please direct all pleadings and correspondence as follows: ALIOTO LAW FIRM - 555 California Street, Suite 3160, San Francisco CA 94104; LAW OFFICE OF JOHN H BOONE: same as above. Telephone |

| | | numbers and facsimile numbers remain the same (el) (Entered: 09/16/2003) |
|---|---|---|
| 12/06/2004 | 169 | Appeal Record Returned from 9th CCA RE: CLERK'S record on appeal transmitted to Circuit [160-1] 41 underseal documents (78, 79, 80, 83, 85, 88, 89, 93, 94, 105, 106, 107, 109, 111, 112, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 140, 141, 142, 145, 148, 149, 150) and 2 underseal transcripts (volumes 3 and 4). (02-56509) (wdc), CLERK'S record on appeal transmitted to Circuit [160-1] vols: 1 thru 5; transcripts: 4 (Transcripts 3 and 4 Underseal). (02-56509) (wdc) Received: Volume(s): 1 thru 5; Sealed Documents(s): 41; Transcripts(s): 4. (cbr, ) (Entered: 12/14/2004) |
| 11/10/2005 | 170 | RECORD ON APPEAL sent to Circuit Court re: Appeal number, 04-805, 04-814 Record consists of 1 thru 5 volumes, 2 transcripts. (cbr, ) (Entered: 11/10/2005) |
| 11/10/2005 | 171 | APPEAL RECORD sealed documents sent to Circuit Court re: Appeal number, 04-805, 04-814. 11 documents were sent with this transmittal. Document numbers 80, 84, 132, 133, 140, 141, 142, 145, 148, 149 and 150. (cbr, ) (Entered: 11/10/2005) |
| 04/24/2006 | 172 | APPEAL RECORD RETURNED from 9th CCA Received: Volume(s): 1 thru 5; Sealed Documents(s): 11; Transcripts(s): 2; RE: Appeal Record Sent to USCA (A-26)[170] (cbr, ) (Entered: 07/13/2006) |
| 11/15/2006 | 173 | MANDATE of 9th CCA filed as to Appeal to Circuit Court, [160], CCA # 2-56509. The appeal is Affirmed. Mandate received in this district on 11/17/06. On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is Affirmed. (lr, ) (Entered: 11/20/2006) |