1  Robert A. Mittelstaedt (SBN 060359)
   Craig E. Stewart (SBN 129530)
2  Peter E. Davids (SBN 229339)
   Emily E. Booth (SBN 248008)
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   ramittelstaedt@jonesday.com
5  cestewart@jonesday.com
   pdavids@jonesday.com
6  ebooth@jonesday.com
   Telephone:   (415) 626-3939
7  Facsimile:   (415) 875-5700

8

   Attorneys for Defendant
9  CHEVRON CORPORATION

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  MIKE M. MADANI, et al.,                    Case No. C-07-4296 MJJ

14         Plaintiffs, on behalf of            PROOF OF SERVICE
           themselves and those
15         similarly situated,

16  v.

17  SHELL OIL COMPANY; CHEVRON
    CORPORATION; and SAUDI
18  REFINING, INC.

19         Defendants.

1  I, Elizabeth Evans, declare:

2  I am a citizen of the United States and employed in San Francisco County, California. I

3  am over the age of eighteen years and not a party to the within-entitled action. My business

4  address is 555 California Street, 26th Floor, San Francisco, California 94104. On November 1,

5  2007, I served a copy of the within document(s) on the non-efilers in this case:

6  1.  **DEFENDANTS' JOINT MOTION FOR TRANSFER OF VENUE AND PROPOSED ORDER; and**

7

8  2.  **DECLARATION OF PETER E. DAVIDS IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR TRANSFER OF VENUE.**

9

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐  by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐  by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Bradley K. Beasley<br>Boesche McDermott LLP<br>610 S. Main Street, Suite 300<br>Tulsa, OK 74119-1258 | Attorneys for Plaintiffs |
| Thomas P. Bleau<br>Bleau Fox & Associates<br>3575 Cahuenga Boulevard West<br>Los Angeles, CA 90068 | Attorneys for Plaintiffs |
| Jeremy L. Johnson<br>Gray Plant Mooty Mooty &<br>  Bennett, P.A.<br>500 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402 | Attorneys for Plaintiffs |

SFI-508838v1
SFI-572940v1

2

Proof of Service
No. C-07-4296 MJJ

1      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on November 1, 2007, at San Francisco, California.

_/s/ Elizabeth Evans_
Elizabeth Evans