BRADLEY S. PHILLIPS (State Bar No. 085263)
STUART N. SENATOR (State Bar No. 148009)
LEE S. TAYLOR (State Bar No. 243863)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax (213) 687-3702
Email: brad.phillips@mto.com; stuart.senator@mto.com;
lee.taylor@mto.com

Attorneys for Defendant Shell Oil Company

[additional moving parties and counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE M. MADANI, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SHELL OIL COMPANY, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. CV-07 04296 MJJ<br><br>REQUEST FOR JUDICIAL NOTICE IN CONJUNCTION WITH DEFENDANTS' MOTION TO DISMISS<br><br>[MOTION TO DISMISS AND DECLARATION OF STUART N. SENATOR FILED CONCURRENTLY]<br><br>Date:　　December 18, 2007<br>Time:　　9:30 a.m.<br>Dept.:　　Courtroom 11, 19th Floor<br>Judge:　　Hon. Martin J. Jenkins |

3853275.1

REQUEST FOR JUDICIAL NOTICE RE
MOTION TO DISMISS / CV-07 04296 MJJ

Pursuant to Federal Rule of Evidence 201, defendants Shell Oil Company, Chevron Corporation, and Saudi Refining, Inc. respectfully request that this Court take judicial notice of the following documents, attached as exhibits to the Declaration of Stuart N. Senator filed concurrently herewith.

- Exhibit A - Decision of the Supreme Court of the United States in *Texaco Inc. v. Dagher*, 547 U.S. 1 (2006).
- Exhibit B - Complaint in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, filed June 15, 1999.
- Exhibit C - August 13, 2002 Summary Judgment Order in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114
- Exhibit D - May 21, 2002 Summary Judgment Order in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114.
- Exhibit E - Decision of the Court of Appeals for the Ninth Circuit in *Dagher v. Saudi Refining, Inc.*, 369 F.3d 1108, 1113 (9th Cir. 2004).
- Exhibit F - First Amended Complaint in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, filed June 15, 1999.
- Exhibit G - Second Amended Complaint in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, filed January 26, 2000.
- Exhibit H - Stipulation and Order for Dismissal of Plaintiffs Madani and Peterson in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, entered November 20, 2000.
- Exhibit I - Transcript of December 6, 1999 Hearing on Defendants' Motion to Dismiss in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114.

Each of these documents is a public record and, therefore, properly subject to judicial notice. *See Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988) (court may "take judicial notice of matters of public record"). Moreover, the *Madani* complaint centrally references and relies upon the proceedings in *Dagher*. *See Madani* complaint, ¶¶ 57-63. For this

1  additional reason, the Court can and should take judicial notice of these materials on defendants'
2  motion to dismiss. *See United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (materials
3  central to a complaint may be considered on a motion to dismiss even if not attached to the
4  complaint); *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) (overruled on other grounds by
5  *Galbraith v. County of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002)) ("[D]ocuments whose
6  contents are alleged in a complaint and whose authenticity no party questions, but which are not
7  physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to
8  dismiss.").

9  DATED: Nov. 1, 2007                MUNGER, TOLLES & OLSON LLP

By: /s/ Stu N. Senator
STUART N. SENATOR

Attorneys for Defendant SHELL OIL COMPANY

DATED: Nov. 1, 2007

Robert A. Mittelstaedt (State Bar No. 060359)
Craig E. Stewart (State Bar No. 129530)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
ramittelstaedt@jonesday.com
cestewart@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

By: /s/
CRAIG E. STEWART

Attorneys for Defendant
CHEVRON CORPORATION

| | | |
|---|---|---|
| 1 | DATED: Nov. 1, 2007 | Bryan A. Merryman (State Bar No. 134357) |
| 2 | | WHITE & CASE LLP |
| | | 633 West Fifth Street, Suite 1900 |
| 3 | | Los Angeles, CA 90071-2007 |
| | | Telephone:   (213) 620-7700 |
| 4 | | Facsimile:   (213) 452-2329 |
| | | bmerryman@whitecase.com |

By: /s/
BRYAN A. MERRYMAN

Attorneys for Defendant SAUDI REFINING, INC.

**Filer's Attestation:** Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of its signatories.

Dated: November 1, 2007

_____
Stuart N. Senator