| | |
|---|---|
| 1 | BRADLEY S. PHILLIPS (State Bar No. 085263) |
| | STUART N. SENATOR (State Bar No. 148009) |
| 2 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 3 | Los Angeles, CA 90071-1560 |
| | Tel.: (213) 683-9100; Fax: (213) 687-3702 |
| 4 | Email: brad.phillips@mto.com; stuart.senator@mto.com |
| 5 | Attorneys for Defendant Shell Oil Company |
| 6 | ROBERT A. MITTELSTAEDT (State Bar No. 060359) |
| | CRAIG E. STEWART (State Bar No. 129530) |
| 7 | JONES DAY |
| | 555 California Street, 26th Floor |
| 8 | San Francisco, CA 94104 |
| | Tel.: (415) 626-3939; Fax: (415) 875-5700 |
| 9 | Email: ramittelstaedt@jonesday.com; cestewart@jonesday.com |
| 10 | Attorneys for Defendant CHEVRON CORPORATION |
| 11 | BRYAN A. MERRYMAN (State Bar No. 134357) |
| | WHITE & CASE LLP |
| 12 | 633 West Fifth Street, Suite 1900 |
| | Los Angeles, CA 90071-2007 |
| 13 | Tel.:   (213) 620-7700; Fax: (213) 452-2329 |
| | Email: bmerryman@whitecase.com |
| 14 | |
| 15 | Attorneys for Defendant SAUDI REFINING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE M. MADANI, *et al.*, | CASE NO.  CV-07 04296 MJJ |
| Plaintiffs, | DECLARATION OF STUART N. SENATOR IN CONJUNCTION WITH MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE |
| vs. | |
| SHELL OIL COMPANY, *et al.*, | [REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS FILED CONCURRENTLY] |
| Defendants. | |
| | Date:    December 18, 2007 |
| | Time:    9:30 a.m. |
| | Dept.:   Courtroom 11, 19th Floor |
| | Judge:   Hon. Martin J. Jenkins |

3858260.1

SENATOR DECLARATION RE
MOTION TO DISMISS / CV-07 04296

I, Stuart N. Senator, declare:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP, counsel to Defendant Shell Oil Company in this matter and in the matter of *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114. The facts stated in this declaration are within my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the decision of the Supreme Court of the United States in *Texaco Inc. v. Dagher*, 547 U.S. 1 (2006), as retrieved from Westlaw.

3. Attached hereto as Exhibit B is a true and correct copy of the Complaint in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, filed June 15, 1999.

4. Attached hereto as Exhibit C is a true and correct copy of the Summary Judgment Order of August 13, 2002 in *Dagher v. Saudi Refining, Inc.*, CV 99-6114 GHK, 2002 WL 34099815 (C.D. Cal. Aug. 13, 2002), as retrieved from Westlaw.

5. Attached hereto as Exhibit D is a true and correct copy of the Summary Judgment Order of May 21, 2002 in *Dagher v. Saudi Refining, Inc.*, CV 99-6114 GHK, 2002 WL 34099816 (C.D. Cal. May 21, 2002), as retrieved from Westlaw.

6. Attached hereto as Exhibit E is a true and correct copy of the decision of the Court of Appeals for the Ninth Circuit in *Dagher v. Saudi Refining, Inc.*, 369 F.3d 1108 (9th Cir. 2004), as retrieved from Westlaw.

7. Attached hereto as Exhibit F is a true and correct copy of the First Amended Complaint in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, filed June 15, 1999.

8. Attached hereto as Exhibit G is a true and correct copy of the Second Amended Complaint in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, filed January 26, 2000.

9. Attached hereto as Exhibit H is a true and correct copy of the Stipulation and Order for Dismissal of Plaintiffs Madani and Peterson in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, entered November 20, 2000.

10. Attached hereto as Exhibit I are true and correct copies of pages excerpted from the transcript of the hearing on Defendants' Motion to Dismiss in *Dagher v. Saudi Refining, Inc.*, U.S.D.C., C.D. Cal., Case No. CV-99-06114, held December 6, 1999.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 31, 2007 at Los Angeles, California.

                                Stuart N. Senator