Joseph M. Alioto
ALIOTO LAW FIRM
One Embarcadero Center
39th Floor
San Francisco, CA 94111
Telephone: 415-434-8900

Daniel R. Shulman, *Pro Hac Vice*
SHULMAN LAW FIRM, P.A.
121 West Franklin Avenue
Minneapolis, MN 55404
Telephone: 612-871-2909

John H. Boone
LAW OFFICE OF JOHN H. BOONE
One Embarcadero Center
39th Floor
San Francisco, CA 94111
Telephone: 415-434-1133

Thomas P. Bleau
BLEAU, FOX & ASSOCIATES
3575 Cahuenga Boulevard West
Suite 580
Los Angeles, California 90068
Telephone: 323-874-8613

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUAD N. DAGHER, et al., | CLASS ACTION<br>CASE NO: CV 99-06114 GHK (JWJx) |
| Plaintiffs, on behalf of themselves and those similarly situated | STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS MADANI AND PETERSON |
| vs. | |
| SAUDI REFINING, INC., et al., | |
| Defendants. | |

///

F:\DOCUMENT\PLEADING\Shell-Texaco\StipDismiss.Shell.doc

Stipulation and Order for Dismissal Without Prejudice of Certain Plaintiffs

1     The parties above-named, by and through their undersigned attorneys, hereby stipulate
2 and agree that, whereas plaintiffs Mike M. Madani and Paul E. Peterson voluntarily wish to
3 withdraw their claims against defendants in the above-entitled action and are doing so without
4 compensation or other consideration received from defendants, the claims of plaintiffs Madani
5 and Peterson asserted in this action may be dismissed without prejudice, subject to this Court's
6 approval.

Respectfully submitted,

**FOR PLAINTIFFS:**

ALIOTO LAW FIRM
SHULMAN LAW FIRM, P.A.
LAW OFFICE OF JOHN H. BOONE
BLEAU, FOX & ASSOCIATES

Dated: Oct 24, 2000

By: _____
    Daniel R. Shulman, *Pro Hac Vice*
121 West Franklin Avenue
Minneapolis, MN 55404
Telephone: 612-871-2909

| | | |
|---|---|---|
| 1 | **FOR DEFENDANT** | |
| 2 | **SAUDI REFINING, INC.:** | WHITE & CASE LLP |
| 3 | | |
| 4 | Dated: November 6, 2000 | By: _____ |
| | | Bryan A. Merryman |
| 5 | | 633 West Fifth Street |
| 6 | | 19th Floor |
| | | Los Angeles, CA 90071 |
| 7 | | Tele: 213-620-7700 |

WHITE & CASE LLP
Michael S. Shuster
1155 Avenue of the Americas
New York, NY 10036
Tele: 212-819-8200

**FOR DEFENDANT**
**TEXACO, INC.:**

HOWREY SIMON ARNOLD & WHITE, LLP

Dated: Nov. 3, 2000

By: _____
Thomas J. Nolan
Dale J. Giali
550 South Hope Street
Suite 1400
Los Angeles, CA 90071-2627
Tele: 213-892-1800

HOWREY SIMON ARNOLD & WHITE, LLP
Alan M. Grimaldi
Patricia G. Butler
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tele: 202-783-0800

| | |
|---|---|
| FOR DEFENDANT<br>SHELL OIL CO.: | MUNGER, TOLLES & OLSON LLP |
| Dated: OCT 30, 2000 | By: _____<br>Stuart N. Senator<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560<br>Tele: 213-683-9100 |

## ORDER

Pursuant to the foregoing stipulation, the claims of plaintiffs Mike M. Madani and Paul E. Peterson in the above-entitled action are hereby dismissed without prejudice.

_____
United States District Judge

Dated: 11/20, 2000.