IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE M. MADANI, | No. C 07-04296 MJJ |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| SHELL OIL COMPANY, | |
| Defendant.   / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *case management conference* previously set for 12/11/07 at 2:00 PM has been rescheduled for **Tuesday, 02/12/08** at **2:00 PM**, before the Honorable Martin J. Jenkins. Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 10 days prior, counsel shall submit a joint case management conference statement.

Dated:   November 2, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk

**United States District Court**
For the Northern District of California