| | |
|---|---|
| 1 | Joseph M. Alioto (CA Bar #42680) |
| 2 | ALIOTO LAW FIRM |
|   | 555 California Street, Suite 3160 |
| 3 | San Francisco, CA 94104 |
|   | Telephone: 415-434-8900 |
| 4 | Facsimile: 415-434-9200 |
| 5 | Email: josephalioto@mac.com |
| 6 | Daniel R. Shulman, *Pro Hac Vice* (MN Bar #100651) |
|   | Jeremy L. Johnson, *Pro Hac Vice* (Pending) (MN Bar #328558) |
| 7 | GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. |
|   | 500 IDS Center, 80 South Eighth Street |
| 8 | Minneapolis, MN 55402 |
|   | Telephone: 612-632-3335 |
| 9 | Facsimile: 612-632-4335 |
|   | Email: daniel.shulman@gpmlaw.com |
| 10 | |
| 11 | Thomas P. Bleau (CA Bar #152945) |
|    | BLEAU, FOX & ASSOCIATES |
| 12 | 3575 Cahuenga Blvd., West, Suite 580 |
|    | Los Angeles, CA 90068 |
| 13 | Telephone: 323-874-8613 |
|    | Facsimile: 323-874-1234 |
| 14 | Email: bleaushark@aol.com |
| 15 | Bradley K. Beasley, *Pro Hac Vice* (OK Bar #628) |
|    | BOESCHE MCDERMOTT LLP |
| 16 | 610 S Main Ste 300 |
|    | Tulsa, OK 74119-1258 |
| 17 | Telephone: 918-583-1777 |
|    | Facsimile: 918-592-5809 |
| 18 | Email: bbeasley@bme-law.com |
|    | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE M. MADANI, *et al.*, | Court File No. C 07-4296 MJJ |
| Plaintiffs, | **DECLARATION OF JEREMY L. JOHNSON IN CONJUNCTION WITH PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| SHELL OIL COMPANY; CHEVRON CORPORATION; and SAUDI REFINING, INC., | |
| Defendants. | Date: December 18, 2007<br>Time: 9:30 a.m.<br>Judge: Martin J. Jenkins |

|   |   |
|---|---|
|   | ) Courtroom: 11, 19th Floor |
|   | ) U.S. Courthouse |
|   | ) 450 Golden Gate Avenue |
|   | ) San Francisco, CA  94102 |

I, Jeremy L. Johnson, declare:

1.  I am an attorney with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., counsel to plaintiffs in this matter. I have personal knowledge of the matters stated herein and if sworn, could and would testify completely as follows:

2.  Attached hereto as Exhibit A is a true and correct copy of *Shields v. Smith*, No. C-90-0349 FMS, 1992 U.S. Dist. LEXIS 15718, at *1 (N.D. Cal. Aug. 19, 1992), as retrieved from Lexis.

3.  Attached hereto as Exhibit B is a true and correct copy of *Jenson v. Allison-Williams*, 98-CV-2229 TW (JFS), 1999 U.S. Dist. LEXIS 22170, at *14 (S.D. Cal. Aug. 23, 1999), as retrieved from Lexis.

4.  Attached hereto as Exhibit C is a true and correct copy of *In re: Independent Service Organizations Antitrust Litigation*, No. MDL-1021, 1997 WL 161940, at *3 (D. Kan., March 12, 1997), as retrieved from Westlaw.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 27, 2007 at Minneapolis, Minnesota.

       /s/Jeremy L. Johnson
       Jeremy L. Johnson

GP:2293553 v1

JOHNSON DECL. OPP. MOTION TO DISMISS
NO. C 07-4296 MJJ

2