Joseph M. Alioto (CA Bar #42680)
ALIOTO LAW FIRM
555 California Street, Suite 3160
San Francisco, CA 94104
Telephone: 415-434-8900
Facsimile: 415-434-9200
Email: josephalioto@mac.com

Daniel R. Shulman, *Pro Hac Vice* (MN Bar #100651)
Jeremy L. Johnson, *Pro Hac Vice* (Pending) (MN Bar #328558)
GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-632-3335
Facsimile: 612-632-4335
Email: daniel.shulman@gpmlaw.com

Thomas P. Bleau (CA Bar #152945)
BLEAU, FOX & ASSOCIATES
3575 Cahuenga Blvd., West, Suite 580
Los Angeles, CA 90068
Telephone: 323-874-8613
Facsimile: 323-874-1234
Email: bleaushark@aol.com

Bradley K. Beasley, *Pro Hac Vice* (OK Bar #628)
BOESCHE MCDERMOTT LLP
610 S Main Ste 300
Tulsa, OK 74119-1258
Telephone: 918-583-1777
Facsimile: 918-592-5809
Email: bbeasley@bme-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE M. MADANI, *et al.*,<br><br>    Plaintiffs,<br><br>   v.<br><br>SHELL OIL COMPANY; CHEVRON CORPORATION; and SAUDI REFINING, INC.,<br><br>    Defendants. | Court File No. C 07-4296 MJJ<br><br>**DECLARATION OF JEREMY L. JOHNSON IN CONJUNCTION WITH PLAINTIFFS' OPPOSITION TO MOTION FOR TRANSFER OF VENUE**<br><br>Date: December 18, 2007<br>Time: 9:30 a.m.<br>Judge: Martin J. Jenkins |

|   |   |
|---|---|
|   | ) Courtroom: 11, 19th Floor |
|   | ) U.S. Courthouse |
|   | ) 450 Golden Gate Avenue |
|   | ) San Francisco, CA 94102 |

I, Jeremy L. Johnson, declare:

1. I am an attorney with the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., counsel to plaintiffs in this matter. I have personal knowledge of the matters stated herein and if sworn, could and would testify completely as follows:

2. Attached hereto as Exhibit A is a true and correct copy of *London & Hull Maritime Ins. Co. Ltd. v. Eagle Pacific Ins. Co.*, No. C 96-01512 CW, 1996 WL 479013, at *3 (N.D. Cal. Aug. 14, 1996), as retrieved from Westlaw.

3. Attached hereto as Exhibit B is a true and correct copy of *Xtended Beauty v. Xtreme Lashes*, No. C07-03391 MJJ, 2007 U.S. Dist. LEXIS 68753, at *4 (N.D. Cal. Sept. 7, 2007), as retrieved from Lexis.

4. Attached hereto as Exhibit C is a true and correct copy of *Royal Queentex Enterps. Inc. v. Sara Lee Corp.*, No. C 99-4787 MJJ, 2000 U.S. Dist LEXIS 10139, at *10 (N.D. Cal., March 1, 2000), as retreieved from Lexis.

5. Attached hereto as Exhibit D is a true and correct copy of *In re Funeral Consumers Antitrust Litigation*, No. C 05-01804 WHA, 2005 WL 2334362, at *2 (N.D. Cal. Sept. 23, 2005), as retreived from Westlaw.

6. Attached hereto as Exhibit E is a true and correct copy of *U.S. v. Syufy Enterp.*, No. C-86-3057 WHO, 1986 WL 13358, at *1 (N.D. Cal. Oct. 17, 1986), as retreieved from Westlaw.

7. Attached hereto as Exhibit F is a true and correct copy of *Von Der Worth v. Johns Manville Corp.*, No. C 07-01456 JSW, 2007 WL 2348707, at *3 (N.D. Cal. Aug. 14, 2007), as retrieved from Westlaw.

8. Attached hereto as Exhibit G is a true and correct copy of *Wireless Consumers Alliance, Inc. v. T-Mobile USA, Inc.*, No. C 03-3711 MHP, 2003 WL 22387598, at *6 (N.D. Cal. Oct. 14, 2003), as retrieved from Westlaw.

9. Attached hereto as Exhibit H is a true and correct copy of *Hoefer v. U.S. Dept. of Commerce*, No. C. 00 0918 VRW, 2000 WL 890862, at * (N.D. Cal. June 28, 2000), as retrieved from Westlaw.

10. Attached hereto as Exhibit I is a true and correct copy of *Munoz v. UPS Ground Freight, Inc.*, No. C07-00970 MJJ, 2007 U.S. Dist. LEXIS 47537 at *4 (N.D. Cal. June 20, 2007), as retrieved from Lexis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 27, 2007 at Minneapolis, Minnesota.

                                                       /s/Jeremy L. Johnson
                                                       Jeremy L. Johnson

GP:2293545 v1