| | |
|---|---|
| 1 | JOSEPH M. ALIOTO (CA Bar #42680) |
|  | ALIOTO LAW FIRM |
| 2 | 555 California Street, Suite 3160 |
|  | San Francisco, CA  94104 |
| 3 | Telephone: (415) 434-8900 |
|  | Facsimile: (415) 434-9200 |
| 4 | Email:  jmalioto@aliotolaw.com |
| 5 | DANIEL R. SHULMAN, *Pro Hac Vice* (MN Bar #100651) |
|  | JEREMY L. JOHNSON, *Pro Hac Vice* (Pending) (MN Bar #328558) |
| 6 | GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. |
|  | 500 IDS Center, 80 South Eighth Street |
| 7 | Minneapolis, MN  55402 |
|  | Telephone: (612) 632-3335 |
| 8 | Facsimile: (612) 632-4335 |
|  | Email:  daniel.shulman@gpmlaw.com |
| 9 | |
|  | THOMAS P. BLEAU (CA Bar #152945) |
| 10 | BLEAU, FOX & ASSOCIATES |
|  | 3575 Cahuenga Blvd. West, Suite 580 |
| 11 | Los Angeles, CA  90068 |
|  | Telephone:  (323) 874-8613 |
| 12 | Facsimile:  (323) 874-1234 |
|  | Email:  bleaushark@aol.com |
| 13 | |
|  | BRADLEY K. BEASLEY, *Pro Hac Vice* (OK Bar #628) |
| 14 | BOESCHE MCDERMOTT LLP |
|  | 610 S. Main Street, Suite 300 |
| 15 | Tulsa, OK  74119-1777 |
|  | Telephone:  (918) 583-1777 |
| 16 | Facsimile: (918) 592-5809 |
|  | Email:  bbeasley@bme-law.com |
| 17 | |
|  | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MIKE M. MADANI, *et al.*, | ) | **CASE NO:  C 07-4296 MJJ** |
|  | ) | |
| Plaintiffs, | ) | |
| v. | ) | **PROOF OF SERVICE** |
|  | ) | |
| SHELL OIL COMPANY, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

PROOF OF SERVICE
C 07-4296 MEJ

I, Gayle M. Schaub, declare:

I am a citizen of the United States and employed in the City of Minneapolis, County of Hennepin, Minnesota. I am over the age of 18 years and not a party to the within action. My business address is 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402. On November 27, 2007, I served the following documents:

1. **PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR TRANSFER OF VENUE;**

2. **DECLARATION OF JEREMY L. JOHNSON IN CONJUNCTION WITH OPPOSITION TO MOTION FOR TRANSFER OF VENUE;**

3. **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR TRANSFER OF VENUE;**

4. **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS;**

5. **DECLARATION OF JEREMY L. JOHNSON IN CONJUNCTION WITH PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS; and**

6. **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

X____ :    By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing, Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Minneapolis, Minnesota, for mailing to the office of the addressee following ordinary business practices.

_____ :    By Personal Service — I caused each such envelope to be given to a courier messenger for same day personal delivery to the office of the addressees listed below.

_____ :    By Overnight Courier — I caused each such envelope to be given to an overnight mail service at Minneapolis, Minnesota, to be hand-delivered to the office of the addressee on the next business day.

2

PROOF OF SERVICE
C 06-04332 SI

_____ : By Facsimile — From facsimile number 612-632-4444 at Minneapolis, I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

X    : By Electronic Service (ECF) — I caused each such document to be transmitted electronically to the e-mail address as shown on the attached service list of attorneys of record.

Addressee(s)

**VIA ELECTRONIC SERVICE THROUGH COURT'S ECF SYSTEM:**

Joseph M. Alioto
jmalioto@aliotolaw.com

Joseph M. Alioto, Jr.
jaliotojr@aliotolaw.com

John H. Boone
jboone@dc.rr.com

Peter E. Davids
pdavids@jonesday.com

James M. Dombrowski
jdomski@aol.com

Bryan A. Merryman
bmerryman@whitecase.com

Jeffery K. Perkins
jefferykperkins@aol.com

Richard A. Saveri
rick@saveri.com

Stuart N. Senator
stuart.senator@mto.com

Daniel R. Shulman
daniel.shulman@gpmlaw.com

Craig E. Stewart
cestewart@jonesday.com

**VIA U.S. MAIL:**

Bradley S. Phillips
MUNGER, TOLLES & OLSON
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Robert A. Mittelstaedt
Caroline N. Mitchell
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

David G. Hille
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

Bradley K. Beasley
BOESCHE MCDERMOTT LLP
610 S. Main Street, Suite 300
Tulsa, OK 74119-1258

Thomas P. Bleau
BLEAU FOX & ASSOCIATES
3575 Cahuenga Boulevard West
Los Angeles, CA 90068

Jeremy L. Johnson
GRAY PLANT MOOTY
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402

I declare that I am employed in the office of a member of the bar of the State of Minnesota who is admitted in this action *pro hac vice*, and at whose direction the service was made.

I further declare under penalty of perjury that the foregoing is true and correct. Executed on November 27, 2007, at Minneapolis, Minnesota.

                                          /s/Gayle M. Schaub
                                          Gayle M. Schaub

GP:2264714 v1

PROOF OF SERVICE
C 06-04332 SI