1  Robert A. Mittelstaedt #060359
   Craig E. Stewart #129530
2  Caroline N. Mitchell #143124
   Peter E. Davids #229339
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   ramittelstaedt@jonesday.com
5  cestewart@jonesday.com
   cnmitchell@jonesday.com
6  pdavids@jonesday.com
   Telephone:     (415) 626-3939
7  Facsimile:     (415) 875-5700

8
   Attorneys for Defendant
9  CHEVRON CORPORATION

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  MIKE M. MADANI, et al.,                 **Case No. C-07-4296 MJJ**

14         Plaintiffs, on behalf of         **PROOF OF SERVICE**
           themselves and those
15         similarly situated,

16     v.

17  SHELL OIL COMPANY; CHEVRON
    CORPORATION; and SAUDI
18  REFINING, INC.

19         Defendants.

20

21

22

23

24

25

26

27

28

SFI-570729v1                                          Proof of Service
                                                      No. C-07-4296 MJJ

1    I, Margaret Landsborough, declare:

2    I am a citizen of the United States and employed in San Francisco County,

3  California. I am over the age of eighteen years and not a party to the within-entitled

4  action. My business address is 555 California Street, 26th Floor, San Francisco,

5  California 94104. On December 4, 2007, I served a copy of the within

6  document(s) on the non-efilers in this case:

7

REPLY BRIEF IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR
8  TRANSFER OF VENUE

9

10    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

11

12    ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

13

14    ☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

15

16

17    ☐    by electronically delivering the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

18

    Bradley K. Beasley                    Attorneys for Plaintiffs
19  Boesche McDermott LLP
    610 S. Main Street
20  Suite 300
    Tulsa, OK  74119-1258
21

22

    Jeremy L. Johnson                    Attorneys for Plaintiffs
23  Gray Plant Mooty Mooty & Bennett, P.A.
    500 IDS Center
24  80 South 8th Street
    Minneapolis, MN  55402
25

26    I am readily familiar with the firm's practice of collection and processing

27  correspondence for mailing. Under that practice it would be deposited with the

28  U.S. Postal Service on that same day with postage thereon fully prepaid in the

SFI-570729v1

Proof of Service
No. C-07-4296 MJJ

1 | ordinary course of business.  I am aware that on motion of the party served, service
2 | is presumed invalid if postal cancellation date or postage meter date is more than
3 | one day after date of deposit for mailing in affidavit.
4 |         I declare that I am employed in the office of a member of the bar of this court
5 | at whose direction the service was made.
6 |         Executed on December 4, 2007, at San Francisco, California.

_____
Margaret Landsborough