1 | ordinary course of business. I am aware that on motion of the party served, service
2 | is presumed invalid if postal cancellation date or postage meter date is more than
3 | one day after date of deposit for mailing in affidavit.
4 |     I declare that I am employed in the office of a member of the bar of this court
5 | at whose direction the service was made.
6 |     Executed on December 4, 2007, at San Francisco, California.

*/s/ M. Landsborough*
Margaret Landsborough