UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED NOV 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MIKE M. MADANI, et al.

CASE NO. C 07-04296 ~~MEJ~~ MJJ

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Plaintiff(s),

v.

SHELL OIL COMPANY, et al.,

Defendant(s).

_____/

Jeremy L. Johnson, an active member in good standing of the bar of State of Minnesota whose business address and telephone number (particular court to which applicant is admitted) is

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
500 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402   Telephone: 612-632-3035

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/5/07

Martin J. Jenkins
United States ~~Magistrate~~ District Judge