UNITED STATES DISTRICT COURT

Northern District of California

MIKE M. MADANI, et. al.,

                    Plaintiff(s),

v.

SHELL OIL COMPANY, CHEVRON CORPORATION, and SAUDI REFINING, INC.,

                    Defendant(s).

CASE NO. C 07-4296 MJJ

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

David Hille, an active member in good standing of the bar of the Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036     Telephone: 212-819-8200

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Saudi Refining, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/11/07

                                                Martin J. Jenkins
                                                United States District Judge