IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Mike Madani, et al.,**

        Plaintiff(s),

  v.

**Shell Oil Company, et al.,**

        Defendant(s),
_____/

No. C07-4296 MJJ

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** Defendant's Motion to Transfer Venue and Defendant's Motion to Dismiss set for **December 18, 2008 at 9:30 a.m.** is hereby **VACATED**. The Court finds that the motions can ruled upon on the papers.

Dated: December 17, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy