WHITE & CASE LLP
DAVID HILLE
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8357
Fax: (212) 354-8113
Attorneys for Defendant Saudi Refining, Inc.

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Tel: (612) 632-3335
Fax: (612) 632-4335
daniel.shulman@gpmlaw.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE M. MADANI, RICK-MIK, INC., OYSTER PETROLEUM, INC., M.R. OYSTER, INC., HABIB ENTERPRISES, INC., HABIB PETROLEUM, INC., CALLAWAY OIL, INC., STEVEN GROSSI, STEPHEN SCHLABS, ANNIE SCHLABS, SOOY, INC., GREGOIRE DUKMAJIAN, WILLIAM REED, SAMIR BAHOUTH, ARTHUR SALDANA, AMRITA DHILLON, AMOUNA, INC., KEITH FULLINGTON, ASHKAN CORPORATION, GEORGE RABADI, PAUL ENSTAD,<br><br>Plaintiffs,<br>v.<br><br>SHELL OIL COMPANY, CHEVRON CORPORATION, AND SAUDI REFINING, INC.,<br><br>Defendants. | Case No. C 07-4296 MJJ<br><br>**STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>AND ORDER |

NEWYORK 6455256 (2K)

1  WHEREAS pursuant to a Clerk's Notice Rescheduling Hearing dated November 2, 2007, the Case Management Conference in this action is currently scheduled for February 12, 2008 at 2:00 P.M.;

WHEREAS Defendants' Joint Motion for Transfer of Venue to the Central District of California and Joint Motion to Dismiss have been fully briefed and are currently pending before the Court;

WHEREAS the Court has indicated by Clerk's Notice dated December 17, 2007, that it will rule on those motions on the papers; and

WHEREAS the Plaintiffs and Defendants have agreed, and respectfully request that the Court order, that the Case Management Conference be postponed thirty (30) days to March 13, 2008, and that all related dates be adjusted accordingly.

THE PARTIES HEREBY STIPULATE through their respective attorneys of record that the Case Management Conference should be postponed until March 13, 2008, and all related dates postponed accordingly.

Dated: January 18, 2008

WHITE & CASE LLP
DAVID HILLE

By: /s David Hille
    David Hille
    Attorneys for Defendant Saudi Refining, Inc.

Dated: January 18, 2008

JONES DAY

By: /s Craig E. Stewart
    Craig E. Stewart
    Attorneys for Defendant Chevron Corporation

Dated: January 18, 2008

MUNGER, TOLLES & OLSON LLP

By: /s Stuart N. Senator
    Bradley S. Phillips (SBN 85263)
    Stuart N. Senator (SBN 148009)
    Attorneys for Defendant Shell Oil Company

-1-

Stipulation Rescheduling Case Management Conference and Related Dates
No. C 07-4296 MJJ

NEWYORK 6455256 (2K)

Dated: January 18, 2008

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
DANIEL R. SHULMAN

By: /s Daniel R. Schulman
Attorneys for Plaintiffs

**SO ORDERED**

Dated: January 22, 2008

_____
Hon. Martin Jenkins

-2-

Stipulation Rescheduling Case Management
Conference and Related Dates
No. C 07-4296 MJJ

NEWYORK 6455256 (2K)