UNITED STATES DISTRICT COURT
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 8, 2008

U.S. District Court
Centeral District of California
312 North Spring Street
Los Angeles, CA 90012

RE: CV 07-04296 MJJ  MIKE M. MADANI-v-SHELL OIL COMPANY

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ✔ Certified copy of docket entries.
- ✔ Certified copy of Transferral Order.
- ✔ Original case file documents.
- ✔ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        by: *Sheila Rash*
        Case Systems Administrator

Enclosures
Copies to counsel of record